**LAW OFFICES OF JAMES F. HOLTZ**
*A Professional Corporation*
James F. Holtz, Esq. (SBN 95064)
james.holtz@holtzapc.com
Justin C. Manganiello, Esq. (SBN 292526)
justin.manganiello@holtzapc.com
16935 West Bernardo Drive, Suite 170
San Diego, California  92127
Telephone: (619) 881-1246
Facsimile: (619) 924-5199

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA LACOMBE,<br><br>                    Plaintiff(s),<br><br>          v.<br><br>COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE; and DOES 1-50, inclusive,<br><br>                    Defendant(s). | Case No.:  5:20-cv-2486<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant COSTCO WHOLESALE CORPORATION hereby removes to this Court the state court action described below.

1.     On June 1, 2020, an action was commenced in the Riverside Superior Court, entitled MONICA LACOMBE, an individual, v. COSTCO WHOLESALE CORPORATION, and DOES 1 through 50, inclusive, as Case No: MCC2000853. A copy of the Complaint is attached hereto as "Exhibit A."

/ / /

/ / /

/ / /

1

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

1.    Defendant COSTCO WHOLESALE CORPORATION received a copy of said complaint on June 15, 2020, when its agent accepted service of said complaint and a summons on its behalf. A copy of the proofs of service of process, summons, notice of availability of counsel, plaintiff's and defendant's demand for and notice of deposit of jury fees, case management conference statements, clerk's certificate of mailing, and civil case cover sheet filed in state court are attached hereto as "Exhibit B."

2.    On August 6, 2020, COSTCO WHOLESALE CORPORATION filed an Answer to Plaintiff's Complaint attached as "Exhibit C."

3.    This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4.    Plaintiff's Complaint alleges that she is a citizen of the state of California. Defendant COSTCO WHOLESALE CORPORATION was at the time of filing this action, and still is, a corporation incorporated under the laws of the State of Washington, having its principal place of business at Issaquah, Washington.

5.    Plaintiff did not file a statement of damages nor did she provide a specific monetary demand within her Complaint. However, in her discovery responses Plaintiff alleges 17 separate injuries or types of pain: right hand pain, right wrist pain, back pain, neck pain, right shoulder pain, upper arm pain, right elbow pain, numbness and tingling in her right arm, three separate bulges in spinal vertebrae, decreased range of motion, radiculopathy, radiating pain, loss of strength and flexibility, suffering, and emotional distress. (Exhibit D, Resp. No. 6.3). Plaintiff further indicated in her responses that she has treated with at least 10 separate medical providers. (Exhibit D, Resp. No. 6.4.) Plaintiff also indicates she intends to have neck surgery to perform an artificial disc replacement of the C6-7 and anterior cervical discectomy and fusion at C6-7. (Exhibit

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

D, Resp. No. 6.6-6.7.) A true and correct copy of Plaintiff's written discovery response is attached as "Exhibit D."

6.    Plaintiff has provided only some of her billing for past medical treatment which totals approximately $17,100. A copy of the medical bills provided to date is attached as Exhibit E.

7.    Plaintiff has provided an estimate for the costs of her future neck surgery ($5,600) which **does not include** the costs for anesthesia or hospital services. A copy of the surgical estimate is attached as Exhibit F.

8.    Plaintiff claims her pain is constant, serious, and ongoing and as a result it is likely Plaintiff will claim additional medical expenses.

9.    These totals do not include any pain and suffering damages or loss of income or earning capacity, which Plaintiff has alleged in her Complaint.

10.    Due to the seriousness of the claimed injuries, their continuing nature, the number of claimed injuries, the number of claimed medical providers, and the claims for pain and suffering, it is reasonable to conclude that the amount in controversy exceeds $75,000.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**
**(DIVERSITY)**

11.     The date upon which there was complete diversity between plaintiff and defendant is the date of filing on August 6, 2020. Pursuant to *Harris v. Bankers Life & Cas. Co.* (9th Cir. 2005) 425 F.3d 689, 694, and 28 U.S.C. § 1446(c)(3)(A), the date upon which COSTCO WHOLESALE CORPORATION was put on notice that the amount in controversy exceeds $75,000 was November 3, 2020 when COSTCO WHOLESALE CORPORATION received Plaintiff's discovery responses. Further, less than one year has passed since commencement of the action as required by 28 U.S.C. § 1446(b). Thus, the matter is now removable to federal court.

Dated: November 30, 2020

LAW OFFICES OF JAMES F. HOLTZ
*A Professional Corporation*

By: _/s/ James F. Holtz_
James F. Holtz, Esq.
james.holtz@holtzapc.com
Justin C. Manganiello, Esq.
justin.manganiello@holtzapc.com
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

4

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**
**(DIVERSITY)**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on  November 30, 2020, I served a true and correct copy of the above and foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** via U.S. Mail by depositing in the United States Postal Service mail box at 16935 West Bernardo Drive, Suite 170, San Diego, California 92127, in a sealed envelope with postage thereon fully prepaid and addressed as follows:

Jacob L. Stipp, Esq.                    Counsel for Plaintiff
Shelley B. Fessinger, Esq.              MONICA LACOMBE
STIPP LAW FIRM
2333 State Street, Suite 205
Carlsbad, CA 92008
Tel (760) 994-0480
Fax (760) 994-0563
Jake@Stipplawfirm.com


I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on November 30, 2020, at San Diego, California.

/s/ James F. Holtz
James F. Holtz

5
**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

# EXHIBIT A

# EXHIBIT A

1  Jacob L. Stipp, Esq. (SBN 282338)
   Shelley B. Fessinger, Esq. (SBN 163020)
2  STIPP LAW FIRM
   2333 State Street, Suite 205
3  Carlsbad, CA 92008
   Telephone: (760) 994-0480
4  Facsimile:  (760) 994-0563

5
   Attorneys for Plaintiff MONICA LACOMBE
6

7

8

9              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10                        **COUNTY OF RIVERSIDE**

11  MONICA LACOMBE,              )   **CASE NO.**  MCC2000853
                                 )
12                Plaintiff,     )   **COMPLAINT FOR DAMAGES**
                                 )
13         vs.                   )      *1.  Negligence*
                                 )      *2.  Premises Liability*
14                               )
    COSTCO WHOLESALE             )
15  CORPORATION d/b/a COSTCO     )
    WHOLESALE; and DOES 1-50,    )
16  inclusive,                   )
                                 )
17                               )
                                 )
18                as Defendants. )
19  _____)

20      Plaintiff MONICA LACOMBE alleges the following based upon personal knowledge as

21  to her own acts, and on information and belief as to all other matters.

22                        **GENERAL ALLEGATIONS**

23      1.      At all times mentioned herein, Plaintiff MONICA LACOMBE ("Plaintiff") was

24  and still is a resident of the County of Riverside, State of California, and a citizen of the United

25  States.

26      2.      Plaintiff has been informed and believes and thereon alleges that at all times

27  mentioned herein, defendant COSTCO WHOLESALE CORPORATION d/b/a COSTCO

28  WHOLESALE ("COSTCO" or "Defendant"); and DOES 1-50 was and is a corporation,

**FILED**
Superior Court of California
County of Riverside
6/1/2020
P. Thiphavong
Electronically Filed

-1-

**COMPLAINT FOR DAMAGES**

1    partnership, joint venture, or other business entity duly organized and existing under and by virtue

2    of the laws of the State of Washington or some other state with its principal place of business

3    located at 999 Lake Drive, Issaquah, WA 98027.

4         3.     Plaintiff is informed and believes and thereon alleges that at all times material

5    hereto and mentioned herein, each defendant sued herein was the owner, agent, servant, employer,

6    joint venturer, partner, subsidiary, alias, and/or alter ego of each of the remaining defendants sued

7    herein and was, at all times, acting within the purpose and scope of such employment, agency,

8    servitude, ownership, subsidiary, alias and/or alter ego and with the authority, consent, approval,

9    control, influence and ratification of each of the remaining defendants sued herein.

10        4.     Defendants DOES 1 through 50, inclusive, are sued herein under fictitious names.

11   Their true names and capacities are unknown to plaintiff.  When their true names and capacities

12   are ascertained, plaintiff will amend this complaint by inserting their true names and capacities.

13   Plaintiff is informed and believes and thereon alleges that each of the fictitiously named

14   defendants is responsible in some manner for the occurrences herein alleged, and that plaintiff's

15   damages were proximately caused by those defendants.  Each reference in this complaint to

16   "defendant," "defendants," or a specifically named defendant refers also to all defendants sued

17   under fictitious names.

18        5.     Plaintiff has been informed and believes and thereon alleges that at all times

19   mentioned herein, Defendants COSTCO and DOES 1-50 owned operated, leased, possessed,

20   maintained and/or controlled the premises located at or around 26610 Ynez Road, Temecula, CA

21   92591 ("Subject Premises").

22        6.     Plaintiff has been informed and believes and thereon alleges that DOES 1-50,

23   inclusive, are liable in some manner, either by act or omission, negligence, negligence per se, res

24   ipsa loquitor, respondeat superior, employment, agency, breach of statute, or otherwise, for the

25   occurrences herein alleged, and that their injuries, loss, and damages as herein alleged were

26   legally caused by the conduct of DOES 1-50.

27        7.     Plaintiff has been informed and believes and thereon alleges that all of the events,

28   which contributed to the injuries and damages they sustained occurred within the venue of this

-2-

**COMPLAINT FOR DAMAGES**

1  Honorable Court and the relief sought through this Civil Complaint is in excess of $25,000.00,
2  the jurisdictional minimum of this Court.

3  ### FACTS RELEVANT TO ALL CAUSES OF ACTION

4      8.    On or about July 22, 2018, MONICA LACOMBE was an invitee and patron of
5  Defendants at the Subject Premises to purchase items.  That day she was in the Subject Premises
6  at which time she slipped and fell upon water generated by an employee operating a floor scrubber
7  machine on the aisleway during open business hours.

8      9.    Unbeknownst to Plaintiff, Defendants created the dangerous condition and also
9  failed to maintain the Subject Premises in a reasonably safe condition by operating a floor
10  scrubber machine during open business hours with patrons and guests in close proximity, failing
11  to warn patrons and guests of the water on the floor being generated by the floor scrubber
12  machine, failing to rope off the area and/or aisle while the employee was operating the floor
13  scrubber machine, and failing to warn their invitees, guests and patrons, including Plaintiff
14  MONICA LACOMBE that the aisleway was unsafe to walk upon.

15      10.    As a result of Plaintiff's fall, Plaintiff suffered serious and permanent injuries,
16  including physical, mental and emotional pain and suffering.

17      11.    MONICA LACOMBE's fall injuries were the direct and proximate result of
18  Defendants' negligence and numerous failures. Her injuries, subsequent treatment, and continued
19  physical injury, pain, suffering and emotional distress were the direct and proximate result of
20  Defendants' negligently creating the dangerous condition and failures to ensure that the Subject
21  Premises was safe for its customers, patrons and invitees, including, MONICA LACOMBE. As
22  a result, MONICA LACOMBE brings suit against Defendants and DOES 1-50, as plead herein
23  below.

24  ### FIRST CAUSE OF ACTION

25  **(Negligence Against COSTCO WHOLESALE and DOES 1-50)**

26      12.    Plaintiff realleges as though fully set forth and incorporates herein by reference,
27  paragraphs 1 through 11 as though fully set forth within.

28

1    13.    Defendants COSTCO and DOES 1-50, as property owners, lessees, operators,

2  maintenance, managers, controllers and/or occupants of the Subject Premises, owed a duty to

3  maintain the Subject Premises in a reasonably safe condition, repair any dangerous conditions,

4  warn Plaintiff and other customers of dangerous conditions, and otherwise exercise reasonable

5  care in such ownership, maintenance, operation, control, repair, supervision, management and

6  occupation, so as not to expose their customers, invitees and patrons, including Plaintiff, to

7  unreasonable risks of harm.

8    14.  Despite such duties owed by defendants COSTCO and DOES 1-50, including those

9  duties owed to Plaintiff MONICA LACOMBE, defendants COSTCO and DOES 1-50 breached

10  said duties by: (1) failing to maintain the Subject Premises in a reasonably safe condition; (2)

11  negligently operating the floor scrubber machine during open store hours; (3) failing to warn

12  Plaintiff of the danger presented by the water on the floor that was generated by the floor scrubber

13  machine; (4) failing to rope off the area and/or aisle while operating the floor scrubber machine;

14  (5) failing to put up warning signs; and (6) failing to otherwise exercise due care with respect to

15  the matters alleged in this complaint.

16    15.    These breaches occurred despite the fact that defendants knew, or in the exercise of

17  reasonable care should have known that the Subject Premises, and specifically the ladder on sales

18  floor, posed an unreasonable risk of harm to patrons and invitees of the Subject Premises, including

19    16.    As a direct and proximate result of the negligence of defendants COSTCO and

20  DOES 1-50 as set forth above, Plaintiff MONICA LACOMBE slipped and fell to the ground,

21  sustaining personal injuries including physical injury, pain, suffering and emotional distress. She

22  continues to suffer from said conditions and symptoms. Defendants COSTCO and DOES 1-50's

23  conduct was a direct and substantial factor in causing her harm.  As a proximate result of the

24  negligent conduct of defendants COSTCO and DOES 1-50 and each of them, Plaintiff MONICA

25  LACOMBE has sustained special and general damages, in an amount unascertained at this time,

26  but according to proof at the time of trial.

27  ///

28  ///

-4-

**COMPLAINT FOR DAMAGES**

**SECOND CAUSE OF ACTION**

**(Premises Liability Against COSTCO WHOLESALE and DOES 1-50)**

17.     Plaintiff realleges as though fully set forth and incorporates herein by reference, paragraphs 1 through 16 as though fully set forth within.

18.     At all times herein mentioned, defendants COSTCO and DOES 1-50, did so own, maintain, lease, rent, operate, control, repair, supervise, manage and/or occupy those certain premises located at 26610 Ynez Road, Temecula, CA 92591, and upon which Plaintiff MONICA LACOMBE slipped and fell.  Defendants, in owning, maintaining, leasing, renting, operating, controlling, repairing, supervising, managing and/or occupying those certain premises located at 26610 Ynez Road, Temecula, CA 92591, owed a duty to their patrons, invitees, and/or guests to use reasonable care in maintaining Subject Premises in a reasonably safe condition, repair any dangerous conditions, warn plaintiff and their other customers of dangerous conditions, and exercise due care in the management, operation, ownership and/or control of the Subject Premises.

19.     Despite such duties owed by COSTCO and DOES 1-50, including those duties owed to Plaintiff MONICA LACOMBE, defendants COSTCO and DOES 1-50 breached said duties by: (1) failing to maintain the Subject Premises in a reasonably safe condition; (2) negligently operating the floor scrubber machine during open store hours; (3) failing to warn Plaintiff of the danger presented by the water on the floor that was generated by the floor scrubber machine; (4) failing to rope off the area and/or aisle while operating the floor scrubber machine; (5) failing to put up warning signs; and (6) failing to otherwise exercise due care with respect to the matters alleged in this complaint.

20.     These breaches occurred despite the fact that defendants knew, or in the exercise of reasonable care should have known that the Subject Premises, and specifically the water generated by use of the floor scrubber machine and covering the floor in the aisle, posed an unreasonable risk of harm to patrons and invitees of the Subject Premises, including MONICA LACOMBE.

21.     As a direct and proximate result of the negligence of defendants COSTCO and DOES 1-50 as set forth above, plaintiff MONICA LACOMBE slipped and fell to the ground, sustaining personal injuries including physical injury, pain, suffering and emotional distress.  She

-5-

**COMPLAINT FOR DAMAGES**

1   continues to suffer from said conditions and symptoms.  Defendants COSTCO and DOES 1-50's

2   conduct was a direct and substantial factor in causing her harm.  As a proximate result of the

3   negligent conduct of defendants COSTCO and DOES 1-50 and each of them, plaintiff MONICA

4   LACOMBE has sustained special and general damages, in an amount unascertained at this time,

5   but according to proof at the time of trial.

6          WHEREFORE, plaintiff prays that after due proceedings, judgment be rendered in her

7   favor as against defendants COSTCO and DOES 1-50, and each of them, as follows:

8          1.     For general and special damages in an amount according to proof;

9          2.     For medical and incidental expenses, including future expenses, according to

10   proof;

11         3.     For loss of earnings and other incidental expenses according to proof;

12         4.     For all costs of suit incurred herein;

13         5.     For prejudgment interest at the rate allowed by law and in accordance with the

14   provisions of Section 3291 of the Civil Code of California;

15         6.     For such other further relief as the Court may deem just and proper.

16   DATED:  March 18, 2020               **STIPP LAW FIRM**

17

18                                       By: _____

19                                           Shelley B. Fessinger, Esq.
                                             Attorneys for Plaintiff MONICA LACOMBE
20

21

22

23

24

25

26

27

28

-6-
_____
**COMPLAINT FOR DAMAGES**

12

# EXHIBIT B

# EXHIBIT B

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Stipp Law Firm<br>Jacob L. Stipp, Esq., SBN 282338<br>2333 State Street Suite 205<br>Carlsbad, CA 92008<br>  TELEPHONE NO:  (760) 994-0480          FAX NO *(Optional)*:<br>ATTORNEY FOR *(Name)*:  Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Riverside
  STREET ADDRESS:  30755-D Auld Road
  MAILING ADDRESS:
  CITY AND ZIP CODE:  Murrieta, 92563
  BRANCH NAME:  Riverside County Superior Court - Southwest Justice Center, Murrieta

| PLAINTIFF / PETITIONER:   MONICA LACOMBE<br>DEFENDANT / RESPONDENT:   COSTCO WHOLESALE CORPORATION D/B/A/ COSTCO WHOLESALE | CASE NUMBER:<br>MCC 2000853 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>4601620 |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:
    a.  [X]  Summons
    b.  [X]  Complaint
    c.  [X]  Alternative Dispute Resolution (ADR) Package
    d.  [ ]  Civil Case Cover Sheet *(served in complex cases only)*
    e.  [ ]  Cross-Complaint
    f.  [ ]  Other *(specify documents)*:
3.  a.  Party served *(specify name of party as shown on documents served)*:
        COSTCO WHOLESALE CORPORATION D/B/A COSTCO WHOLESALE
    b.  [X]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on
        whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
        Rod Skinn, General Manager
4.  Address where the party was served:
    26610 YNEZ ROAD, MURRIETA, CA 92591
5.  I served the party *(check proper box)*
    a.  [X]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
        receive service of process for the party (1) on *(date)*:   Mon, Jun 15 2020        (2) at *(time)*:   10:40 AM
    b.  [ ]  **by substituted service.** On *(date)*:                    at *(time)*:                      I left the documents listed in
        item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

        (1)  [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to
                be served. I informed him or her of the general nature of the papers.
        (2)  [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of
                the party. I informed him or her of the general nature of the papers.
        (3)  [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the
                person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature
                of the papers.
        (4)  [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place
                where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
                from *(city)*:                                            or [ ] a declaration of mailing is attached.
        (5)  [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF / PETITIONER:  MONICA LACOMBE | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT:  COSTCO WHOLESALE CORPORATION D/B/A/ COSTCO WHOLESALE | MCC 2000853 |

5.   c. ☐   **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)   on *(date)*:                  (2)   from *(city)*:

    (3) ☐   with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

    d. ☐   **by other means** *(specify means of service and authorizing code section)*:

    ☐   Additional page describing service is attached.

6.   The "Notice to the Person Served" (on the summons) was completed as follows:

    a. ☐   as an individual defendant.

    b. ☐   as the person sued under the fictitious name of *(specify)*:

    c. ☐   as occupant.

    d. ☒   On behalf of *(specify)*:   COSTCO WHOLESALE CORPORATION D/B/A COSTCO WHOLESALE

        under the following Code of Civil Procedure section:

        ☒ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)

        ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)

        ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)

        ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)

        ☐ 416.50 (public entity)            ☐ 415.46 (occupant)

        ☐ other:

7.   **Person who served papers**

    a.   Name:              Miranda Alice Ruth Enriquez

    b.   Address:          4651 Brookhollow Cir. Ste. C, Riverside, CA 92509

    c.   Telephone number:  951-353-8281

    d.   **The fee for service was:**  $89.95

    e.   I am:

        (1) ☐   not a registered California process server.

        (2) ☒   exempt from registration under Business and Professions Code section 22350(b).

        (3) ☐   a registered California process server:

            (i) ☐ owner ☐ employee ☐ independent contractor

            (ii)   Registration No:

            (iii)   County:

8.   ☒   **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

    or

9.   ☐   **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:   06/17/2020

Miranda Alice Ruth Enriquez
_____       _____

(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)       (SIGNATURE)

**SUM-100**

## SUMMONS
### *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

COSTCO WHOLESALE CORPORATION d/b/a COSTCO
WHOLESALE; and DOES 1-50, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MONICA LACOMBE

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

# FILED
Superior Court of California
County of Riverside

6/1/2020

P. Thiphavong

Electronically Filed

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Riverside, Southwest Justice Center | CASE NUMBER:<br>*(Número del Caso):* **MCC2000853** |
|---|---|

30755-D Auld Road
Riverside, CA 92563

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Shelley B. Fessinger, Esq. (SBN: 163020) 2333 State Street, Suite 205, Carlsbad, CA; (760) 994-0480

| DATE:<br>*(Fecha)* **6/1/2020** | Clerk, by<br>*(Secretario)* _____ | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courtinfo.ca.gov* |
|---|---|---|

1  **LAW OFFICES OF JAMES F. HOLTZ**
   *A Professional Corporation*
2  James F. Holtz, Esq. (SBN 95064)
   james.holtz@holtzapc.com
3  16935 West Bernardo Drive, Suite 170
   San Diego, California 92127
4  Telephone: (619) 881-1246
   Facsimile: (619) 924-5199
5
   Attorneys for Defendant
6  COSTCO WHOLESALE CORPORATION

7

8

9             **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10      **FOR THE COUNTY OF RIVERSIDE – SOUTHWEST JUSTICE CENTER**

11  MONICA LACOMBE,                    | Case No.:   MCC2000853
                                       | Judge:      Hon. Raquel Marquez
12           Plaintiff(s),             | Dept:       S303

13      v.                             | **NOTICE OF UNAVAILABILITY OF COUNSEL**

14  COSTCO WHOLESALE CORPORATION       |
    d/b/a COSTCO WHOLESALE; and DOES 1- | COMPLAINT FILED:   June 1, 2020
15  50, inclusive,                     | TRIAL DATE:        Not Set

16           Defendant(s).

17

18  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

19          NOTICE IS HEREBY GIVEN that James F. Holtz, counsel of record, will be unavailable

20  during the period of time beginning December 24, 2020 through and including January 4, 2021

21  because of scheduled holiday office closure.  During said period of time, Mr. Holtz will be unavailable

22  for all purposes including, but not limited to, receiving notice of any kind, appearing in court, and

23  responding to ex parte applications or attending depositions.

24   Dated: November 24, 2020              LAW OFFICES OF JAMES F. HOLTZ
                                           A Professional Corporation
25
                                           By
26                                            James F. Holtz
                                            Attorneys for Defendant COSTCO
27                                          WHOLESALE CORPORATION

28

                                      1                    Case No.: MCC2000853
                        NOTICE OF UNAVAILABILITY OF COUNSEL

1

**PROOF OF SERVICE**

2

    I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made.  At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made.  My business address is 16935 West Bernardo Drive, Suite 170, San Diego, California 92127.

3

4

5

    On November 24, 2020, I served the following document(s):

6

**<u>NOTICE OF UNAVAILABILITY OF COUNSEL</u>**

7

☒   **BY ELECTRONIC SERVICE** via e-mail sent to the attorney email addresses as set out below without electronic error on the date indicated below from jennifer.wolber@holtzapc.com.

8

9

| | |
|---|---|
| Jacob L. Stipp, Esq.<br>Shelley B. Fessinger, Esq.<br>STIPP LAW FIRM<br>2333 State Street, Suite 205<br>Carlsbad, CA 92008<br>Tel (760) 994-0480<br>Fax (760) 994-0563<br>jake@Stipplawfirm.com | *Attorneys for Plaintiff MONICA LACOMBE* |

10

11

12

13

14

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 24, 2020 at San Diego, California.

15

16

Jennifer Wolber

17

18

19

20

21

22

23

24

25

26

27

28

1  **Jacob L. Stipp, Esq. (SBN 282338)**
   **STIPP LAW FIRM**
2  **2333 State Street, Suite 205**
   **Carlsbad, CA 92018**
3  **Telephone: (760) 994-0480**
   **Facsimile: (760) 994-0563**
4

5  Attorneys for Plaintiff MONICA LACOMBE

6

7

8                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
9
                     **COUNTY OF RIVERSIDE, SOUTHWEST JUSTICE CENTER**
10

11 MONICA LACOMBE,                     )   **CASE NO. MCC 2000853**
                                       )
12          Plaintiff,                 )   **PLAINTIFF'S DEMAND FOR JURY &**
                                       )   **NOTICE OF POSTING JURY FEES**
13      vs.                            )
                                       )
14 COSTCO WHOLESALE                    )
   CORPORATION d/b/a COSTCO            )
15 WHOLESALE; and DOES 1-50,           )
   inclusive,                          )
16                                     )
                                       )
17                                     )
                                       )
18          as Defendants.             )
   _____)
19

20 Please take Notice that plaintiff Monica LaCombe hereby demands a trial by jury in the above-

21 entitled action and have posted the requisite jury fees pursuant to Code of Civil Procedure § 631.

22 DATED: November 16, 2020          **STIPP LAW FIRM**

23

24                                   By: _____
                                         Jacob L. Stipp, Esq.
25                                       Attorneys for Plaintiffs

26

27

28

                                        -1-
              **PLAINTIFF'S DEMAND FOR JURY & NOTICE OF POSTING JURY FEES**

**PROOF OF SERVICE**
*LaCombe, et al. v. Costco Wholesale Corporation, et al.*
**CASE NO.  MCC2000853**
**CCP § 1013a**

**State of California**          )
                                 ) ss.
**County of Riverside**          )

I, Jacob L. Stipp, the undersigned, am over the age of 18 years and not a party to this action. Discovery and investigation are ongoing.  I am the managing attorney of Stipp Law Firm whose address is 2333 State Street, Suite 205, Carlsbad, California 92008.

On November 16, 2020 I served the interested parties in this action with the following documents:

**1.  PLAINTIFF'S DEMAND FOR JURY & NOTICE OF POSTING JURY FEES**

as follows:

*[ X ]   BY E-Service*

James F. Holtz, Esq.
LAW OFFICES OF JAMES F. HOLTZ
16935 West Bernardo Drive, Suite 170
San Diego, CA 92127
James.holtz@holtzapc.com
Attorneys for Costco Wholesale Corporation

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on November 16, 2020, at Carlsbad, California.

_____
Jacob L. Stipp, Esq.

-1-

**PROOF OF SERVICE**

**LAW OFFICES OF JAMES F. HOLTZ**
*A Professional Corporation*
James F. Holtz, Esq. (SBN 95064)
james.holtz@holtzapc.com
Courtney L. Strange, Esq. (SBN 317315)
courtney.strange@holtzapc.com
16935 West Bernardo Drive, Suite 170
San Diego, California  92127
Telephone: (619) 881-1246
Facsimile: (619) 924-5199

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF RIVERSIDE – SOUTHWEST JUSTICE CENTER

| | |
|---|---|
| MONICA LACOMBE,<br><br>         Plaintiff(s),<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE; and DOES 1-50, inclusive,<br><br>         Defendant(s). | Case No.:   MCC2000853<br>Judge:      Hon. Raquel Marquez<br>Dept:       S303<br><br>**NOTICE OF DEPOSIT OF ADVANCED JURY FEES**<br><br>COMPLAINT FILED:   June 1, 2020<br>TRIAL DATE:        Not Set |

    **PLEASE TAKE NOTICE** that Defendant COSTCO WHOLESALE CORPORATION hereby deposits jury fees in the amount of $150.00, pursuant to Code of Civil Procedure Section 631, and thereby preserves its right to a jury trial in the within matter.

Dated: November 11, 2020

LAW OFFICES OF JAMES F. HOLTZ
A Professional Corporation


By
   James F. Holtz
   Courtney L. Strange
   Attorneys for Defendant COSTCO
   WHOLESALE CORPORATION

**PROOF OF SERVICE**

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 16935 West Bernardo Drive, Suite 170, San Diego, California 92127.

On November 11, 2020, I served the following document(s):

**NOTICE OF DEPOSIT OF**
**ADVANCED JURY FEES**

☒ **BY ELECTRONIC SERVICE** via e-mail sent to the attorney email addresses as set out below without electronic error on the date indicated below from jennifer.wolber@holtzapc.com.

| | |
|---|---|
| Jacob L. Stipp, Esq.<br>Shelley B. Fessinger, Esq.<br>STIPP LAW FIRM<br>2333 State Street, Suite 205<br>Carlsbad, CA 92008<br>Tel (760) 994-0480<br>Fax (760) 994-0563<br>jake@Stipplawfirm.com | *Attorneys for Plaintiff MONICA LACOMBE* |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 11, 2020 at San Diego, California.

Jennifer Wolber

Case No.: MCC2000853
NOTICE OF DEPOSIT OF ADVANCED JURY FEES

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

James F. Holtz, Esq. SBN: 95064
Law Offices of James F. Holtz, A Professional Corporation
16935 West Bernardo Drive, Suite 170, San Diego, California 92127

TELEPHONE NO.: **(619) 881-1246**    FAX NO. *(Optional)*: **(619) 924-5199**
E-MAIL ADDRESS *(Optional)*: jholtz@holtzapc.com
ATTORNEY FOR *(Name)*: Costco Wholesale Corporation

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** RIVERSIDE
STREET ADDRESS: 30755-D Auld Road
MAILING ADDRESS: 30755-D Auld Road
CITY AND ZIP CODE: Murrieta, CA  92563
BRANCH NAME: Southwest Justice Center

PLAINTIFF/PETITIONER: MONICA LACOMBE

DEFENDANT/RESPONDENT: COSTCO WHOLESALE CORPORATION

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|
| *(Check one):*  ✓  **UNLIMITED CASE** (Amount demanded exceeds $25,000)   ☐  **LIMITED CASE** (Amount demanded is $25,000 or less) | MCC2000853 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: December 1, 2020      Time: 8:30am      Dept.: S303      Div.:      Room:

Address of court *(if different from the address above):*

✓ Notice of Intent to Appear by Telephone, by *(name)*: James F. Holtz

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ✓  This statement is submitted by party *(name):*  Defendant, Costco Wholesale Corporation
   b. ☐  This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):*  06/01/2020
   b. ☐  The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐  All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐  The following parties named in the complaint or cross-complaint
      (1) ☐  have not been served *(specify names and explain why not):*
      (2) ☐  have been served but have not appeared and have not been dismissed *(specify names):*
      (3) ☐  have had a default entered against them *(specify names):*
   c. ☐  The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in  ✓  complaint      ☐  cross-complaint      *(Describe, including causes of action):*
      Personal injury following slip and fall at a Costco Warehouse.

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]    **CASE MANAGEMENT STATEMENT**    Page 1 of 5    Cal. Rules of Court, rules 3.720–3.730    www.courts.ca.gov

23

**CM-110**

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER: MONICA LACOMBE | MCC2000853 |
| DEFENDANT/RESPONDENT: COSTCO WHOLESALE CORPORATION | |

4.  b.   Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Plaintiff alleges she was injured when she slipped and fell on water in an aisleway at a Costco Warehouse located at 26610 Ynez Road, Temecula CA 92591.

☐   *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial.**
The party or parties request   ☑ a jury trial   ☐ a nonjury trial.   *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
a.   ☐   The trial has been set for *(date):*
b.   ☑   No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.   Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
11/23-11/30/20; 1/11–1/18/21; 1/22–1/29/21; 2/19–2/26/21; 4/6–4/13/21; 4/16–4/23/21; 4/30–5/7/21; 5/17-5/24/21; 5/24-5/28/21, 6/11–6/18/21; 06/25–07/06/21; 7/9–7/21/21; 07/23–7/30/21 (trials in other matters)

7.  **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.   ☑   days *(specify number):* 4
b.   ☐   hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial   ☑   by the attorney or party listed in the caption   ☐   by the following:
a.   Attorney:
b.   Firm:
c.   Address:
d.   Telephone number:
e.   E-mail address:
f.   Fax number:
g.   Party represented:
☐   Additional representation is described in Attachment 8.

9.  **Preference**
☐   This case is entitled to preference *(specify code section):*

10.  **Alternative dispute resolution (ADR)**
a.   **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
(1)   For parties represented by counsel: Counsel   ☑   has   ☐   has not   provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
(2)   For self-represented parties: Party   ☐   has   ☐   has not   reviewed the ADR information package identified in rule 3.221.

b.   **Referral to judicial arbitration or civil action mediation** (if available).
(1)   ☐   This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
(2)   ☐   Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
(3)   ☐   This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

**CASE MANAGEMENT STATEMENT**

**CM-110**

| PLAINTIFF/PETITIONER: MONICA LACOMBE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COSTCO WHOLESALE CORPORATION | MCC2000853 |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information):*

|  | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply):* | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation):* |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date):*<br>☐ Agreed to complete mediation by *(date):*<br>☐ Mediation completed on *(date):* |
| (2) Settlement conference | ☑ | ☑ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date):*<br>☐ Agreed to complete settlement conference by *(date):*<br>☐ Settlement conference completed on *(date):* |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date):*<br>☐ Agreed to complete neutral evaluation by *(date):*<br>☐ Neutral evaluation completed on *(date):* |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date):*<br>☐ Agreed to complete judicial arbitration by *(date):*<br>☐ Judicial arbitration completed on *(date):* |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date):*<br>☐ Agreed to complete private arbitration by *(date):*<br>☐ Private arbitration completed on *(date):* |
| (6) Other *(specify):* | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date):*<br>☐ Agreed to complete ADR session by *(date):*<br>☐ ADR completed on *(date):* |

CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Page 3 of 5

CM-110

| PLAINTIFF/PETITIONER: MONICA LACOMBE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COSTCO WHOLESALE CORPORATION | MCC2000853 |

**11. Insurance**
- a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
- b. Reservation of rights: ☐ Yes ☐ No
- c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**
Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
☐ Bankruptcy ☐ Other *(specify):*

Status:

**13. Related cases, consolidation, and coordination**
- a. ☐ There are companion, underlying, or related cases.
  - (1) Name of case:
  - (2) Name of court:
  - (3) Case number:
  - (4) Status:

  ☐ Additional cases are described in Attachment 13a.
- b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**14. Bifurcation**
☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**
☑ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*
Motions in limine, possible discovery motions.

**16. Discovery**
- a. ☐ The party or parties have completed all discovery.
- b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Costco Wholesale Corporation | Written discovery | May 2021 |
| Costco Wholesale Corporation | Percipient depositions | June 2021 |
| Costco Wholesale Corporation | Expert depositions | July 2021 |

- c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

CM-110 [Rev. July 1, 2011]                    **CASE MANAGEMENT STATEMENT**                    Page 4 of 5

**CM-110**

| | | CASE NUMBER: |
|---|---|---|
| PLAINTIFF/PETITIONER: | MONICA LACOMBE | MCC2000853 |
| DEFENDANT/RESPONDENT: | COSTCO WHOLESALE CORPORATION | |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

**20. Total number of pages attached** *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: November 10, 2020

James F. Holtz, Attorney for Defendant
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

1

**PROOF OF SERVICE**

2

 I am and was at all times herein mentioned over the age of 18 years and not a party to the action

3

in which this service is made.  At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made.

4

My business address is 16935 West Bernardo Drive, Suite 170, San Diego, California 92127.

5

 On November 10, 2020, I served the following document(s):

**CASE MANAGEMENT STATEMENT**

6

**BY COSTCO WHOLESALE CORPORATION**

7

 ☒ **BY ELECTRONIC SERVICE** via e-mail sent to the attorney email addresses as set out below without electronic error on the date indicated below from jennifer.wolber@holtzapc.com.

8

9

| | |
|---|---|
| Jacob L. Stipp, Esq.<br>Shelley B. Fessinger, Esq.<br>STIPP LAW FIRM<br>2333 State Street, Suite 205<br>Carlsbad, CA 92008<br>Tel (760) 994-0480<br>Fax (760) 994-0563<br>jake@Stipplawfirm.com | *Attorneys for Plaintiff MONICA LACOMBE* |

10

11

12

13

 I declare under penalty of perjury under the laws of the State of California that the above is

14

true and correct. Executed on November 10, 2020 at San Diego, California.

15

16

Jennifer Wolber

17

18

19

20

21

22

23

24

25

26

27

28

**6**

**PROOF OF SERVICE**

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Jacob L. Stipp (SBN.282338)<br>Stipp Law Firm<br>2333 State Street, Suite 205, Carlsbad, CA 92008<br>TELEPHONE NO.: (760) 994-0480   FAX NO. *(Optional)*: (760) 994-0563<br>E-MAIL ADDRESS *(Optional)*: jake@stipplawfirm.com<br>ATTORNEY FOR *(Name)*: Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside
STREET ADDRESS: 30755-D Auld Road
MAILING ADDRESS:
CITY AND ZIP CODE: Murrieta, CA 92563
BRANCH NAME: Southwest Justice Center

PLAINTIFF/PETITIONER: Monica LaCombe, et al.

DEFENDANT/RESPONDENT: Costco Wholesale Corporation, et al.

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| *(Check one):*  ☑ UNLIMITED CASE<br>(Amount demanded<br>exceeds $25,000)    ☐ LIMITED CASE<br>(Amount demanded is $25,000<br>or less) | MCC2000853 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: 12/1/20          Time: 8:30 a.m.          Dept.: S303          Div.:          Room:

Address of court *(if different from the address above)*:

☑ **Notice of Intent to Appear by Telephone, by** *(name)*:  Jacob Stipp

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. ☐ This statement is submitted by party *(name)*:  Monica LaCombe
   b. ☑ This statement is submitted **jointly** by parties *(names)*:


2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*:  6/1/20
   b. ☐ The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☑ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not)*:

      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names)*:

      (3) ☐ have had a default entered against them *(specify names)*:

   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served)*:


4. **Description of case**
   a. Type of case in  ☑ complaint        ☐ cross-complaint        *(Describe, including causes of action)*:
      Negligence; Premises Liability

**CM-110**

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER: Monica LaCombe, et al. | MCC2000853 |
| DEFENDANT/RESPONDENT: Costco Wholesale Corporation, et al. | |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Plaintiffs allege that Costco was negligent in the operation of its store, running a floor scrubber machine without roping off the area and warning patrons of the water it was leaving behind. Plaintiff slipped on said water, suffering multiple severe injuries, including a tear in her right wrist and bulges in her neck that require surgery. No loss of earnings. Specials to date are approximately $15,000 and futures are unknown at this time.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
The party or parties request ☑ a jury trial ☐ a nonjury trial.   *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
a.  ☐ The trial has been set for *(date):*
b.  ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
1/14/21-2/5/21 (trial), 4/16/21-4/23/21 (trial), 5/12/21-5/26/21 (trial), 6/25/21-7/7/21 (trial), 9/8/21-9/22/21 (trial)

7.  **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.  ☑ days *(specify number):* 7-9
b.  ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:
a.  Attorney:
b.  Firm:
c.  Address:
d.  Telephone number:          f.  Fax number:
e.  E-mail address:           g.  Party represented:
☐ Additional representation is described in Attachment 8.

9.  **Preference**
☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
a.  **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
(1) For parties represented by counsel: Counsel ☑ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
(2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.
b.  **Referral to judicial arbitration or civil action mediation** (if available).
(1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
(2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
(3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

**CM-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Monica LaCombe, et al. | CASE NUMBER:<br>MCC2000853 |
| DEFENDANT/RESPONDENT: Costco Wholesale Corporation, et al. | |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☑ | ☑ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER:   Monica LaCombe, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   Costco Wholesale Corporation, et al. | MCC2000853 |

**11. Insurance**
   a. ☐ Insurance carrier, if any, for party filing this statement *(name):*
   b.   Reservation of rights: ☐ Yes ☐ No
   c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**
   Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
   ☐ Bankruptcy ☐ Other *(specify):*

   Status:

**13. Related cases, consolidation, and coordination**
   a. ☐ There are companion, underlying, or related cases.
      (1) Name of case:
      (2) Name of court:
      (3) Case number:
      (4) Status:
      ☐ Additional cases are described in Attachment 13a.
   b. ☐ A motion to ☐ consolidate ☐ coordinate   will be filed by *(name party):*

**14. Bifurcation**
   ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**
   ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**16. Discovery**
   a. ☐ The party or parties have completed all discovery.
   b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Plaintiff | Written Discovery | Ongoing |
| Plaintiff | Depositions | TBD |

   c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CASE MANAGEMENT STATEMENT**

**CM-110**

| PLAINTIFF/PETITIONER: | Monica LaCombe, et al. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Costco Wholesale Corporation, et al. | MCC2000853 |

**17. Economic litigation**

    a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

    b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

    ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

    a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

    b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: 11/16/20

Jacob L. Stipp, Esq.
_____
        (TYPE OR PRINT NAME)

▶ _____
        (SIGNATURE OF PARTY OR ATTORNEY)

_____
        (TYPE OR PRINT NAME)

▶ _____
        (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

CM-110 [Rev. July 1, 2011]        **CASE MANAGEMENT STATEMENT**        **Page 5 of 5**

**PROOF OF SERVICE**
*LaCombe, et al. v. Costco Wholesale Corporation, et al.*
**CASE NO.  MCC2000853**
**CCP § 1013a**

State of California          )
                                      ) ss.
County of Riverside        )

I, Jacob L. Stipp, the undersigned, am over the age of 18 years and not a party to this action. Discovery and investigation are ongoing.  I am the managing attorney of Stipp Law Firm whose address is 2333 State Street, Suite 205, Carlsbad, California 92008.

On November 16, 2020 I served the interested parties in this action with the following documents:

**1. PLAINTIFF MONICA LACOMBE'S CMC STATEMENT**

as follows:

*[ X ]   BY E-Service*

James F. Holtz, Esq.
LAW OFFICES OF JAMES F. HOLTZ
16935 West Bernardo Drive, Suite 170
San Diego, CA 92127
James.holtz@holtzapc.com
Attorneys for Costco Wholesale Corporation

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on November 16, 2020, at Carlsbad, California.

_____
Jacob L. Stipp, Esq.

-1-
_____
**PROOF OF SERVICE**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Southwest Justice Center
30755-D Auld Road, Murrieta, CA 92563

**Case Number:**   MCC2000853

**Case Name:**   LACOMBE vs COSTCO WHOLESALE CORPORATION

LAW OFFICES OF JAMES F. HOLTZ
16935 WEST BERNARDO DRIVE
SUITE 170
SAN DIEGO, CA 92127

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the foregoing notice on this date, by depositing said copy as stated above.

Notices Mailed: Minute Order dated 11/19/2020

Dated: 11/19/2020

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____
        A. True, Deputy Clerk

CW-CCM
(Rev. 08/24/17)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Southwest Justice Center
Court on its Own Motion

11/19/2020
11:27 AM
Department S303

**MCC2000853**
**LACOMBE vs COSTCO WHOLESALE CORPORATION**

Honorable Raquel A. Marquez, Judge
A. True, Courtroom Assistant
 Court Reporter: None

**APPEARANCES:**

No Appearances

On Court's own motion:
Court reviews case history.
Chambers order issued as follows:
Trial Setting Conference set 03/01/21 at 08:30 AM in Department S303.
Case Management Conference on 12/01/2020 at 08:30 AM vacated.
Notice to be given by Clerk.

# EXHIBIT C

# EXHIBIT C

**LAW OFFICES OF JAMES F. HOLTZ**
*A Professional Corporation*
James F. Holtz, Esq. (SBN 95064)
james.holtz@holtzapc.com
Courtney L. Strange, Esq. (SBN 317315)
courtney.strange@holtzapc.com
16935 West Bernardo Drive, Suite 170
San Diego, California 92127
Telephone: (619) 881-1246
Facsimile: (619) 924-5199

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

AUG 06 2020

M SALAS

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF RIVERSIDE – SOUTHWEST JUSTICE CENTER

MONICA LACOMBE,

Plaintiff(s),

v.

COSTCO WHOLESALE CORPORATION
d/b/a COSTCO WHOLESALE; and
DOES 1-50, inclusive,

Defendant(s).

Case No.: MCC2000853
Judge: Hon. Raquel Marquez
Dept: S303

**ANSWER BY COSTCO WHOLESALE CORPORATION TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

COMPLAINT FILED: June 1, 2020
TRIAL DATE: Not Set

Defendant COSTCO WHOLESALE CORPORATION ("Defendant") hereby answers the unverified Complaint filed by Plaintiff, MONICA LACOMBE, ("Plaintiff") as follows:

### GENERAL DENIAL

Pursuant to the provisions of California Code of Civil Procedure section 431.30 (d), Defendant denies generally and specifically each and every allegation contained in the Complaint. In addition, Defendant denies that Plaintiff sustained, or will sustain, any loss or damage in the manner or amount alleged, or otherwise, by reason of any act or omission, or any other conduct or absence thereof on the part of Defendant.

///

///

///

1                                                    Case No.: MCC2000853
ANSWER BY COSTCO WHOLESALE CORPORATION TO PLAINTIFF'S COMPLAINT FOR DAMAGES

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

### I.

As a separate affirmative defense to the Complaint on file herein, Defendant alleges that the Complaint, and each cause of action thereof, fails to allege facts or other allegations sufficient to constitute a cause of action against Defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Plaintiff's Comparative Fault)

### II.

As a separate affirmative defense to the Complaint on file herein, Defendant is informed and believes and thereon alleges, that the damages, if any, sustained or suffered by Plaintiff in the action on file herein, were proximately caused and contributed to by the negligence of Plaintiff, in that Plaintiff failed to exercise ordinary, reasonable care and caution concerning the matters alleged in said Complaint, which negligence bars recovery and/or reduces Plaintiff's recovery in proportion to the percentage of Plaintiff's negligence, and fault of Plaintiff.

## THIRD AFFIRMATIVE DEFENSE

### (No Legal Cause)

### III.

As a separate affirmative defense to the Complaint on file herein, Defendant is informed and believes and thereon alleges that the acts, omissions, if any, of Defendant herein were not the legal cause of the losses, damage, or injuries alleged in the Complaint.

## FOURTH AFFIRMATIVE DEFENSE

### (Comparative Fault of Others)

### IV.

As a separate affirmative defense to the Complaint on file herein, Defendant is informed and believes and thereon alleges that if Defendant is in any way held responsible for the damages claimed herein by Plaintiff, that the damages so sustained were proximately caused and contributed to by

1   primary and active fault, or the culpable acts, omissions and fault of persons and entities other than

2   Defendant, which persons and entities include each and every party to this action, and Defendant

3   therefore alleges that any and all damages awarded herein should be apportioned between all such

4   responsible parties pursuant to the doctrines of comparative negligence, total indemnity and partial

5   indemnity.

6   **FIFTH AFFIRMATIVE DEFENSE**

7   **(Intervening and Superseding Cause)**

8   **V.**

9   As a separate and distinct affirmative defense, the damages Plaintiff claims to have sustained

10   herein were proximately caused by third party conduct which was an intervening and superseding

11   cause.

12   **SIXTH AFFIRMATIVE DEFENSE**

13   **(No Joint and Several Liability for Non-Economic Losses)**

14   **VI.**

15   As a separate affirmative defense to the Complaint on file herein, Defendant denies

16   responsibility for Plaintiff's damages in the incident alleged in the Complaint on file herein.  However,

17   if liability is found, Defendant may be held liable only for the amount of non-economic damages

18   allocated to Defendant in direct proportion to Defendant's percentage of fault, pursuant to Civil Code

19   section 1431.2.

20   **SEVENTH AFFIRMATIVE DEFENSE**

21   **(Statute of Limitations)**

22   **VII.**

23   As a further, separate and affirmative defense to the Complaint, and each cause of action

24   therein, it is alleged that each of the causes of action alleged within the Complaint are barred by the

25   applicable statute of limitations pursuant to California Code of Civil Procedure section 335.1, 337.1,

26   or 338.

27   / / /

28   / / /

1

**EIGHTH AFFIRMATIVE DEFENSE**

2

**(Failure to Mitigate)**

3

**VIII.**

4      As a separate affirmative defense to the Complaint on file herein, Defendant is informed and

5  believes and thereon alleges that Plaintiff failed, refused, and neglected to reasonably mitigate

6  Plaintiff's damages, which bars or diminishes any recovery herein by Plaintiff.

7

**NINTH AFFIRMATIVE DEFENSE**

8

**(Failure to Name a Necessary and/or Indispensable Party)**

9

**IX.**

10      Defendant alleges that the Plaintiff failed to name a party necessary for full and adequate relief

11  essential in this case.

12

**TENTH AFFIRMATIVE DEFENSE**

13

**(Laches, Estoppel, and/or Waiver)**

14

**X.**

15      Defendant alleges that the Plaintiff delayed investigation of this claim to the prejudice of

16  defendant and accordingly this action should be dismissed.

17

**ELEVENTH AFFIRMATIVE DEFENSE**

18

**(Pre-Existing Condition)**

19

**XI.**

20      Defendant alleges that the injuries claimed to have been suffered by Plaintiff were caused by

21  a pre-existing or unrelated medical condition, disease, illness or infection of the Plaintiff.

22

**TWELFTH AFFIRMATIVE DEFENSE**

23

**(No Vicarious Responsibility)**

24

**XII.**

25      Defendant alleges that it is not vicariously responsible for the actions of any non-employee

26  third party who is alleged to have been negligent, and therefore cannot be held responsible for his or

27  her actions.

28  / / /

1    WHEREFORE, Defendant prays for the following:

2    1.    That Plaintiff takes nothing by way of the Complaint on file herein;

3    2.    For attorney's fees and costs of suit herein incurred; and

4    3.    For such other and further relief as the court may deem just and proper

5

6    Dated: August 5, 2020                    LAW OFFICES OF JAMES F. HOLTZ
7                                             A Professional Corporation

8                                             By: _____
9                                             James F. Holtz
10                                            Courtney L. Strange
                                              Attorneys for Defendant COSTCO
11                                            WHOLESALE CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

    I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Diego in the office of a member of the bar of this court at whose direction the service was made. My business address is 16935 West Bernardo Drive, Suite 170, San Diego, California 92127.

3

4

    On August 6, 2020, I served the following document(s):

5

### ANSWER BY COSTCO WHOLESALE CORPORATION TO PLAINTIFF'S COMPLAINT FOR DAMAGES

6

7

☒   **BY MAIL**: by depositing in the United States Postal Service mail box at 16935 West Bernardo Drive, Suite 170, San Diego, California 92127, a true copy thereof in a sealed envelope with postage thereon fully prepaid and addressed as follows:

8

9

☒   **BY ELECTRONIC SERVICE** via e-mail sent to the attorney email addresses as set out below without electronic error on the date indicated below from jennifer.wolber@holtzapc.com.

10

11

12

| Jacob L. Stipp, Esq.<br>Shelley B. Fessinger, Esq.<br>STIPP LAW FIRM<br>2333 State Street, Suite 205<br>Carlsbad, CA 92008<br>Tel (760) 994-0480<br>Fax (760) 994-0563<br>jake@Stipplawfirm.com | *Attorneys for Plaintiff MONICA LACOMBE* |
|---|---|

13

14

15

16

17

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 6, 2020 at San Diego, California.

18

19

                        _____

20

                        Jennifer Wolber

21

22

23

24

25

26

27

28

# EXHIBIT D

# EXHIBIT D

1  Jacob L. Stipp, Esq. (SBN 282338)
   STIPP LAW FIRM
2  2333 State Street, Suite 205
   Carlsbad, CA 92018
3  Telephone: (760) 994-0480
   Facsimile: (760) 994-0563
4

5  Attorneys for Plaintiff MONICA LACOMBE

6

7

8                 SUPERIOR COURT OF THE STATE OF CALIFORNIA
9          COUNTY OF RIVERSIDE, SOUTHWEST JUSTICE CENTER
10

11 MONICA LACOMBE,                    )  CASE NO. MCC 2000853
                                      )
12            Plaintiff,              )  PLAINTIFF'S RESPONSES TO FORM
                                      )  INTERROGATORIES PROPOUNDED BY
13      vs.                           )  DEFENDANT COSTCO WHOLESALE
                                      )  CORPORATION d/b/a COSTCO
14 COSTCO WHOLESALE                   )  WHOLESALE
   CORPORATION d/b/a COSTCO           )
15 WHOLESALE; and DOES 1-50,          )  (SET ONE)
   inclusive,                         )
16                                    )
                                      )
17                                    )
                                      )
18            as Defendants.          )
                                      )
19 _____

20      PROPOUNDING PARTY:        Defendant, COSTCO WHOLESALE
21                                CORPORATION d/b/a COSTCO
22                                WHOLESALE
23      RESPONDING PARTY:         Plaintiff, MONICA LACOMBE
24      SET NUMBER:               ONE (1)
25                        PRELIMINARY STATEMENT
26      These responses are made solely for the purpose of, and in relation to, this action.
27 Discovery and investigation are ongoing.  Each response is given subject to all appropriate
28 objections (including, but not limited to, objections concerning competency, relevancy,

                                      -1-
_____
      PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES PROPOUNDED BY DEFENDANT
        COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE

materiality, propriety and admissibility) which would require the exclusion of any statement contained herein if the interrogatory or request were asked of, or any statement contained herein was made by, a witness present and testifying in court.  All such objections and grounds therefore are reserved and may be interposed at the time of trial.

This responding party has not fully completed discovery in this action. Discovery and investigation are ongoing.  All of the answers contained herein are based only upon such information and documents presently available to and specifically known by this responding party.  It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to the known facts, and establish entirely new factual conclusions and legal change and, variations from the contentions herein set forth.

The following responses are given without prejudice to the responding party's right to produce evidence of any subsequently discovered fact or facts which this responding party may later uncover.  The responses contained herein are made in good faith based upon factual information presently known.  They should in no way be used to the prejudice of the responding party in relation to further discovery, research, analysis or proof.

Except for facts expressly admitted herein, no admission of any nature whatsoever is to be implied or inferred.  The fact that any FORM INTERROGATORY herein is answered should not be taken as an admission or a concession of the existence of any fact set forth or assumed by such FORM INTERROGATORY. Discovery and investigation are ongoing.  All answers must be construed as given on the basis of present recollection. Discovery and investigation are ongoing.

## RESPONSES TO FORM INTERROGATORIES (SET ONE)

**RESPONSE TO FORM INTERROGATORY NO. 1.1:**

Jacob L. Stipp of Stipp Law Firm; and Monica Lacombe, who may be contacted through counsel.

**RESPONSE TO FORM INTERROGATORY NO.  2.1:**

(a)-(c) Monica LaCombe, 2002 to present.  Monica Rance, 1969-2002.

///

**PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES PROPOUNDED BY DEFENDANT
COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE**

**<u>RESPONSE TO FORM INTERROGATORY NO. 2.2:</u>**

April 28, 1969, Bronx, NY

**<u>RESPONSE TO FORM INTERROGATORY NO. 2.3:</u>**

Yes.

(a) California

(b) █████████████

(c) Unknown

(d) Corrective lenses

**<u>RESPONSE TO FORM INTERROGATORY NO. 2.4:</u>**

No.

**<u>RESPONSE TO FORM INTERROGATORY NO. 2.5:</u>**

a.-c. ████████████████, Temecula, CA 92592, 2001-present

**<u>RESPONSE TO FORM INTERROGATORY NO. 2.6:</u>**

a.-b. None

**<u>RESPONSE TO FORM INTERROGATORY NO. 2.7:</u>**

a)    Point Loma High School

Mesa College

San Diego City College

Morris Brown College

Palomar College

b)    Point Loma 1980-

San Diego Mesa College-1990

San Diego City College- 1991

Morris Brown College-1992

Palomar College- 2019

c)    10- I was a drop out. I received a GED in 2006…

d)    Associates Degree- Humanities and Language Arts-2009

///

**PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES PROPOUNDED BY DEFENDANT
COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE**

**RESPONSE TO FORM INTERROGATORY NO.  2.8:**

      a)    St. Petersburg Florida

      b)    1984

      c)    Possession of Cocaine

      d)    Unknown

**RESPONSE TO FORM INTERROGATORY NO.  2.9:**

      Yes.

**RESPONSE TO FORM INTERROGATORY NO.  2.10:**

      Yes.

**RESPONSE TO FORM INTERROGATORY NO.  2.11:**

      No.

**RESPONSE TO FORM INTERROGATORY NO.  2.12:**

      Objection.  Vague and ambiguous.  Calls for expert opinion.  Subject to and without waiving said objections, Plaintiff responds as follows:

      None as to Plaintiff. Investigation and discovery are ongoing and responding party reserves the right to supplement this response.

**RESPONSE TO FORM INTERROGATORY NO.  2.13:**

      No.

**RESPONSE TO FORM INTERROGATORY NO.  4.1:**

      Objection. This interrogatory seeks information protected by Plaintiff's privacy rights and the collateral Source Rule, and is not likely to lead to the discovery of admissible evidence. However, without waiving those objections, responding party responds as follows:

      Yes.

      (a) Health

      (b) Blue Cross of California

      (c) Plaintiff and husband, Edward LaCombe

      (d) ██████████████████

      (e) N/A

-4-

**PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES PROPOUNDED BY DEFENDANT COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE**

1     (f)  N/A

2     (g)  Unknown

3     Investigation and discovery are ongoing and responding party reserves the right to

4  supplement this response.

5  **RESPONSE TO FORM INTERROGATORY NO.  4.2:**

6     No.

7  **RESPONSE TO FORM INTERROGATORY NO.  6.1:**

8     Yes.

9  **RESPONSE TO FORM INTERROGATORY NO.  6.2:**

10     Objection. This interrogatory is vague and ambiguous, overbroad, calls for speculation,

11  calls for a legal conclusion and/or expert opinion, and is burdensome and harassing in that it calls

12  for production of a list or summary. *California Code of Civil Procedure Section 2030.230;*

13  *Brotsky v. State Bar of California, 57 Cal.2d 287 (1962).* Without waiving said objection, plaintiff

14  responds:

15     (1) Left knee pain

16     (2) Right hand pain

17     (3) Right wrist pain

18     (4) Left ankle pain

19     (5) Back pain

20     (6) Neck pain

21     (7) Right shoulder pain

22     (8) Upper arm pain

23     (9) Lower extremity pain

24     (10)   Right elbow pain

25     (11)   Numbness and tingling in the right arm

26     (12)   3 mm disc bulge at C6-7, which extends into the right neural foramen, resulting in

27       severe stenosis and compression of the exiting right C6 nerve.

28     (13)   2 mm disc bulge at C3-4, which flattened the anterior thecal sac

**PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES PROPOUNDED BY DEFENDANT COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE**

1      (14)    1 mm disc bulge at C5-6

2      (15)    Right wrist - a tear of the radial aspect of the Triangular Fibrocartilage Complex

3              and trace fluid within the distal radioulnar joint

4      (16)    Decreased range of motion on the right side

5      (17)    Radiculopathy into right arm

6      (18)    Pain radiating down into the right arm

7      (19)    Loss of strength and flexibility

8      (20)    Radiculopathy into lower extremities

9      (21)    Suffering

10     (22)    Emotional Distress

11    Investigation and discovery are continuing and responding party reserves the right to

12 supplement this response.

13 **RESPONSE TO FORM INTERROGATORY NO. 6.3:**

14    Objection. This interrogatory is vague and ambiguous, overbroad, calls for speculation

15 and calls for a legal conclusion and/or expert opinion. However, without waiving those objections,

16 responding party responds as follows:

17    Yes.

18    (1) Right hand pain

19    (2) Right wrist pain

20    (3) Back pain

21    (4) Neck pain

22    (5) Right shoulder pain

23    (6) Upper arm pain

24    (7) Right elbow pain

25    (8) Numbness and tingling in the right arm

26    (9) 3 mm disc bulge at C6-7, which extends into the right neural foramen, resulting in

27         severe stenosis and compression of the exiting right C6 nerve.

28    (10)    2 mm disc bulge at C3-4, which flattened the anterior thecal sac

-6-

**PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES PROPOUNDED BY DEFENDANT
COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE**

50

1  (11) 1 mm disc bulge at C5-6

2  (12) Decreased range of motion on the right side

3  (13) Radiculopathy into right arm

4  (14) Pain radiating down into the right arm

5  (15) Loss of strength and flexibility

6  (16) Suffering

7  (17) Emotional Distress

8   Constant, Daily

9 Investigation and discovery are ongoing and responding party reserves the right to

10 supplement this response.

11 **RESPONSE TO FORM INTERROGATORY NO. 6.4:**

12 Objection. This interrogatory is vague and ambiguous, overbroad, calls for speculation,

13 calls for a legal conclusion and/or expert opinion, and is burdensome and harassing in that it calls

14 for production of a list or summary. *California Code of Civil Procedure Section 2030.230;*

15 *Brotsky v. State Bar of California, 57 Cal.2d 287 (1962).* Without waiving said objection, plaintiff

16 responds:

17 Yes.

18 (a)-(d)

19 (1) The Rehab Group; see medical records produced herewith pursuant to *California*

20 *Code of Civil Procedure Section 2030.210(a)(2),* various, various, see liens and bills produced

21 herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2).*

22 (2) Temecku Chiropractic; see medical records produced herewith pursuant to *California*

23 *Code of Civil Procedure Section 2030.210(a)(2),* various, various, see liens and bills produced

24 herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2).*

25 (3) Temecula Valle Hospital; see medical records produced herewith pursuant to

26 *California Code of Civil Procedure Section 2030.210(a)(2),* various, various, see bills and liens

27 produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2).*

28

**PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES PROPOUNDED BY DEFENDANT COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE**

(4)   Synergy Specialists Medical Group, Inc.; see medical records produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*, various, various, see bills and liens produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*.

(5)   Spine Institute of San Diego; see medical records produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*, various, various, see bills and liens produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*.

(6)   Spine & Pain Management; see medical records produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*, various, various, see bills and liens produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*.

(7)   Imaging Healthcare Specialists; see medical records produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*, various, various, see bills and liens produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*.

(8)   Neurological and Pain Institute; see medical records produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*, various, various, see bills and liens produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*.

(9)   Keeran Kumar, M.D.; see medical records produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*, various, various, see bills and liens produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*.

(10) Temecula Emergency Physicians; see medical records produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*, various, various, see bills and liens produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*.

Investigation and discovery are ongoing and responding party reserves the right to supplement this response.

**RESPONSE TO FORM INTERROGATORY NO.  6.5:**

Objection. This interrogatory is vague and ambiguous, overbroad, calls for speculation, calls for a legal conclusion and/or expert opinion, and is burdensome and harassing in that it calls for production of a list or summary. *California Code of Civil Procedure Section 2030.230;*

**PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES PROPOUNDED BY DEFENDANT COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE**

<u>*Brotsky v. State Bar of California*</u>, *57 Cal.2d 287* (1962). Without waiving said objection, plaintiff responds: See medical records produced herewith pursuant to *California Code of Civil Procedure Section 2030.210(a)(2)*.

Investigation and discovery are ongoing and responding party reserves the right to supplement this response.

**RESPONSE TO FORM INTERROGATORY NO. 6.6:**

Objection. This interrogatory is vague and ambiguous, overbroad, calls for speculation and calls for a legal conclusion and/or expert opinion. However, without waiving those objections, responding party responds as follows:

Yes. Plaintiff is waiting to be cleared for neck surgery by Dr. Raiszadeh, the cost of which is unknown at this time.

Investigation and discovery are ongoing and responding party reserves the right to supplement this response.

**RESPONSE TO FORM INTERROGATORY NO. 6.7:**

Objection. This interrogatory is vague and ambiguous, overbroad, is premature as treatment continues and is ongoing, calls for speculation and calls for a legal conclusion and/or expert opinion. However, without waiving those objections, responding party responds as follows:

Yes. Plaintiff is waiting to be cleared for neck surgery by Dr. Raiszadeh, the cost of which is unknown at this time. There will be an artificial disc replacement at C6-7 and anterior cervical discectomy and fusion at C6-7.

Investigation and discovery are ongoing and responding party reserves the right to supplement this response.

**RESPONSE TO FORM INTERROGATORY NO. 7.1:**

No.

**RESPONSE TO FORM INTERROGATORY NO. 7.2:**

N/A

///

**PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES PROPOUNDED BY DEFENDANT COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE**

**RESPONSE TO FORM INTERROGATORY NO.  7.3:**

    N/A

**RESPONSE TO FORM INTERROGATORY NO. 8.1:**

    No.

**RESPONSE TO FORM INTERROGATORY NO. 8.2:**

    N/A

**RESPONSE TO FORM INTERROGATORY NO. 8.3:**

    N/A

**RESPONSE TO FORM INTERROGATORY NO. 8.4:**

    N/A

**RESPONSE TO FORM INTERROGATORY NO. 8.5:**

    N/A

**RESPONSE TO FORM INTERROGATORY NO. 8.6:**

    N/A

**RESPONSE TO FORM INTERROGATORY NO. 8.7:**

    N/A

**RESPONSE TO FORM INTERROGATORY NO. 8.8:**

    N/A

**RESPONSE TO FORM INTERROGATORY NO. 9.1:**

    Objection. Vague and ambiguous. Overbroad.  Calls for expert opinion.  However, without waiving those objections, responding party responds as follows:

    No.

    This response is given without prejudice to the right of this responding party to produce at the time of trial, or any other proceeding in this action, and all subsequently discovered evidence relating to the proof of presently known material facts and contentions, and to produces all evidence whenever discovered relating to the proof of subsequently discovered material facts and contentions, not evident at this time. Investigation and discovery are ongoing and responding party reserves the right to supplement this response.

**PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES PROPOUNDED BY DEFENDANT COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE**

1  **RESPONSE TO FORM INTERROGATORY NO. 9.2:**

2  　　N/A

3  **RESPONSE TO FORM INTERROGATORY NO. 10.1:**

4  　　Objection. Calls for expert opinion. Overbroad. Vague and ambiguous. Without waiving

5  said objections, Plaintiff responds as follows:

6  　　Plaintiff had prior low back issues, that were dormant and exacerbated by this fall.

7  　　This response is given without prejudice to the right of this responding party to produce

8  at the time of trial, or any other proceeding in this action, and all subsequently discovered

9  evidence relating to the proof of presently known material facts and contentions, and to produces

10  all evidence whenever discovered relating to the proof of subsequently discovered material facts

11  and contentions, not evident at this time. Investigation and discovery are ongoing and responding

12  party reserves the right to supplement this response.

13  **RESPONSE TO FORM INTERROGATORY NO. 10.2:**

14  　　Objection. Calls for expert opinion. Overbroad. Vague and ambiguous. Without waiving

15  said objections, Plaintiff responds as follows:

16  　　Plaintiff had prior low back issues, that were dormant and exacerbated by this fall.

17  　　This response is given without prejudice to the right of this responding party to produce

18  at the time of trial, or any other proceeding in this action, and all subsequently discovered

19  evidence relating to the proof of presently known material facts and contentions, and to produces

20  all evidence whenever discovered relating to the proof of subsequently discovered material facts

21  and contentions, not evident at this time. Investigation and discovery are ongoing and responding

22  party reserves the right to supplement this response.

23  **RESPONSE TO FORM INTERROGATORY NO. 10.3:**

24  　　No.

25  **RESPONSE TO FORM INTERROGATORY NO. 11.1:**

26  　　No.

27  **RESPONSE TO FORM INTERROGATORY NO. 11.2:**

28  　　No.

-11-

**PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES PROPOUNDED BY DEFENDANT COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE**

1  **RESPONSE TO FORM INTERROGATORY NO. 12.1:**

2   Objection.  Overbroad.  Calls for speculation.  Vague and ambiguous.  Without waiving

3  said objections, Plaintiff responds as follows:

4   a.  Plaintiff, Defendant and its employees, including, but not limited to Deanna (last name

5     unknown), Amy (last name unknown), Darryl (last name unknown) and Joseph (last

6     name unknown). Investigation and discovery are ongoing and responding party

7     reserves the right to supplement this response.

8   b.  Plaintiff, Defendant and its employees, including, but not limited to Deanna (last name

9     unknown), Darryl (last name unknown) and Joseph (last name unknown).

10     Investigation and discovery are ongoing and responding party reserves the right to

11     supplement this response.

12   c.  Plaintiff, Defendant and its employees, including, but not limited to Deanna (last name

13     unknown), Darryl (last name unknown) and Joseph (last name unknown).

14     Investigation and discovery are ongoing and responding party reserves the right to

15     supplement this response.

16   d.  Plaintiff.  Plaintiff's husband, Edward LaCombe, who may be contacted through

17     counsel.  Defendant and its employees, including, but not limited to Deanna (last name

18     unknown), Darryl (last name unknown) and Joseph (last name unknown). Plaintiff's

19     care providers, the names and contact information for which are equally available and

20     have been produced in the medical records.  Investigation and discovery are ongoing

21     and responding party reserves the right to supplement this response.

22   This response is given without prejudice to the right of this responding party to produce

23  at the time of trial, or any other proceeding in this action, and all subsequently discovered

24  evidence relating to the proof of presently known material facts and contentions, and to produces

25  all evidence whenever discovered relating to the proof of subsequently discovered material facts

26  and contentions, not evident at this time. Investigation and discovery are ongoing and responding

27  party reserves the right to supplement this response.

28  ///

-12-

1    **RESPONSE TO FORM INTERROGATORY NO. 12.2:**

2        Objection. This interrogatory seeks information protected by the attorney client privilege

3    and/or the work product doctrine. Without waiving those objections, responding party responds

4    as follows:

5        No.

6        Investigation and discovery are ongoing and responding party reserves the right to

7    supplement this response.

8    **RESPONSE TO FORM INTERROGATORY NO. 12.3:**

9        Objection. This interrogatory seeks information protected by the attorney client privilege

10   and/or the work product doctrine. Without waiving those objections, responding party responds

11   as follows:

12       No.

13       Investigation and discovery are ongoing and responding party reserves the right to

14   supplement this response.

15   **RESPONSE TO FORM INTERROGATORY NO. 12.4:**

16       Objection.  This interrogatory seeks premature disclosure of expert witness information

17   and no expert photos will be produced. Overbroad.  Vague and ambiguous.  However, and without

18   waiving these objections, responding party responds as follows:

19       Yes.  Video surveillance and photos taken by Defendant, which it has not yet produced.

20       Investigation and discovery are ongoing and responding party reserves the right to

21   supplement this response.

22   **RESPONSE TO FORM INTERROGATORY NO. 12.5:**

23       Yes, map of store not yet produced by Defendant.

24   **RESPONSE TO FORM INTERROGATORY NO. 12.6:**

25       Plaintiff believes that Defendant made a report.

26   ///

27   ///

28   ///

**PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES PROPOUNDED BY DEFENDANT
COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE**

**RESPONSE TO FORM INTERROGATORY NO. 12.7:**

Objection.  Calls for the premature disclosure of expert opinion.  Violates the attorney-client privilege and work-product doctrine.  Without waiving said objections, Plaintiff responds as follows:

No.

Investigation and discovery are ongoing and responding party reserves the right to supplement this response.

**RESPONSE TO FORM INTERROGATORY NO. 14.1:**

Objection. This interrogatory is vague and ambiguous, overbroad, calls for speculation and calls for a legal conclusion and/or expert opinion.  However, without waiving those objections, responding party responds as follows:

Not at this time.

Investigation and discovery are ongoing and responding party reserves the right to supplement this response.

**RESPONSE TO FORM INTERROGATORY NO. 14.2:**

Objection. This interrogatory is vague and ambiguous, overbroad, calls for speculation and calls for a legal conclusion and/or expert opinion. However, without waiving those objections, responding party responds as follows:

No.

Investigation and discovery are ongoing and responding party reserves the right to supplement this response.

DATED:  November 3 , 2020                          **STIPP LAW FIRM**

By: _Jacob Stipp_ _____

Jacob L. Stipp, Esq.
Attorneys for Plaintiff

-14-

PLAINTIFF'S RESPONSES TO FORM INTERROGATORIES PROPOUNDED BY DEFENDANT
COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE

58

# EXHIBIT E

# EXHIBIT E

## Patient File

| Patient: | LA COMBE, MONICA | Account: | 16208-1 | Case Type: | ALN 1 |
|---|---|---|---|---|---|

**Patient Information:**

| Patient Name: | MONICA LA COMBE | | Birth Date: | 4/28/1969 |
|---|---|---|---|---|
| Primary Address: | ▓▓▓▓▓▓▓ | | Sex: | F |
| | TEMECULA, CA 92592 | | SSN: | ▓▓▓▓▓▓ |
| Sec. Address: | | | Marital Status: | |
| | | | Spouse Name: | |
| Primary Phone: | (951) 387-0440 | | Recall Date: | |
| Other | | | Last Appt: | 7/30/2018 |
| | | | Next Appt: | |
| Email: | monica.lacombe@live.com | | Referral Source: | |

**Diagnosis Information:**

| Initial Complaint: | | Initial Visit Date: | 7/27/2018 |
|---|---|---|---|
| | | Illness Date: | 7/22/2018 |
| Sublux. Level: | | | |

| Diagnosis | Dx Date | ICDA | Diagnosis: |
|---|---|---|---|
| | 7/27/2018 | G44.319 | ACUTE POST-TRAUMATIC HEADACHE |
| | 7/27/2018 | S13.4XXA | SPRAIN OF LIGAMENTS OF CERVICAL SPINE INITIAL |
| | 7/27/2018 | M54.2 | ENCOUNTER (ACTIVE TREATMENT) |
| | 7/27/2018 | M54.12 | CERVICALGIA |
| | 7/27/2018 | S29.012A | RADICULOPATHY CERVICAL REGION |
| | 7/27/2018 | M54.6 | STRAIN OF MUSCLE AND TENDON OF BACK WALL OF THORAX |
| | 7/27/2018 | S39.012A | INITIAL ENCOUNTER (ACTIVE TREATMENT) |
| | 7/27/2018 | M54.5 | PAIN IN THORACIC SPINE |
| | | | STRAIN OF MUSCLE, FASCIA AND TENDON OF LOWER BACK, |
| | | | INITIAL ENCOUNTER (ACTIVE TREATMENT) |
| | | | LOW BACK PAIN (LUMBAGO) |

**Attorney Information:**

| Firm Name: | STIPP LAW FIRM | | Phone: | (760) 994-0480 |
|---|---|---|---|---|
| Optional Line: | | | Fax: | (760) 994-0563 |
| Attorney: | JACOB STIPP | | Contact: | |
| Address: | 2333 STATE ST STE 205 | | Auto Accident: | Y |
| | CARLSBAD, CA 92008 | | Accident State: | |
| Email: | | | Sim Illness Date: | |

Patient File for 16208-1 LA COMBE, MONICA - Monday, February 18, 2019 4:14:26 PM

# PERSONAL INJURY QUESTIONNAIRE

Date 07/27/18

Dear Patient:

We need this confidential information answered completely to help us assess your need for care. If we do not sincerely believe your condition will respond to chiropractic care, we will not accept you as a patient. Thank You.

## General Information:

Name Monica Lacombe Sex F Marital Status M Date of Birth 01/28/81 Home Phone (951) 387-0440

Address ▆▆▆▆▆▆▆▆ City Temecula State CA Zip 92592

Occupation Yoga Inst. SAHM Work Phone ( ) _____ OK to call there? _____

## Nature of Accident:

1. What was the time and date of this present injury? _____ AM ✗ PM 5:30 1/22 2018

2. Please explain in detail how your accident happened. (Please include location, equipment and conditions.) I stepped into an aisle at where the employees were cleaning and slipped in a solution that was on the floor

SHOW AREA(S) OF PAIN OR UNUSUAL FEELING IMMEDIATELY AFTER ACCIDENT.

Mark the areas on this body where you felt the described sensations. Use the appropriate symbols in all affected areas.

Numbness  Pins & Needles  Burning  Aching  Stabbing

3. Did you come in contact with any objects? NO If yes, what objects (i.e. door, cabinet)? _____

4. What parts of your body came in contact with the above object(s)? N/A

5. Where did you feel pain or unusual feeling immediately after the accident? (Please show the areas on the diagram also.) I guess I was in shock because I didn't feel anything for a few minutes. Then my leg and ankle started feeling weird and uncomfortable

6. Were you unconscious as a result of the injury? NO If yes, how long? _____

7. Were you bleeding as a result of the injury? NO

8. Did you consult any other doctor? Emergency room @ Temecula Valley

Doctor's name? _____ ___ DC ___ MD ___ DO ___ DDS

9. Describe the doctor's diagnosis Strained wrist, ankle

10. What treatment did you receive? Treatment advice on how to care for pain

11. Are you still under a doctor's care? _____ If yes, please explain _____

RECEIVED 02/18/2019 05:45PM HT7609940563   TO:17609940563   FROM:9512965287
02/18/2019   05:15 PM PST   TO:17609940563   FROM:9512965287   Page:   4

**Past History:**

1. Have you ever injured this area before? _No_ If yes, when? _____

2. If injured before, did you lose time from work? _____

3. Have you been involved in any previous accidents of any kind (personal injury, automobile accident or workers' compensation)? _Yes_ If yes, please explain dates and details _____
   _In 1990 I was in a car accident_ _____
   _____

4. Have you been treated previously by a chiropractor? _Yes_ If yes, please explain _for adjustments_

**Present Information/Disability:**

1. Have you returned to work? _No_ If yes, date returned to work _N/A_ _____

2. Job description _I teach Yoga._

3. Do you have to favor any part of your body in your work? _Yes_ If yes, please explain _I use_ _my whole body in my work_

4. Are your work activities restricted as a result of this accident? _Yes_ If yes, please explain _I cannot teach because I hurt and am unable to assist students in poses_

5. Since this injury, are your symptoms: improving _____, getting worse __✓__ or the same _____? Please explain _I have more pain in my neck and down the right side of my body_

6. Do any other diseases or accidents affect your employment? _No_ If yes, please explain _N/A_ _____
   _____

_____

I certify that I have read and understand the above information. To the best of my knowledge the above questions have been accurately answered. I understand that providing incorrect information can be dangerous to my health.

_____   _7/27/2018_
Patient's Signature   Date

_____   _____
Doctor's Signature (upon review)   Date

Form #9684 © Colwell Systems, Champaign, IL 1993

RECEIVED 02/18/2019 06:45PM #760637500#
02/18/2019 05:15 PM PST TO:17609940563 FROM:9512965287 Page: 5

# Symptoms

Patient __Monica Lacombe__ Date __01/27/18__ Date of Injury __07/27/18__

*Please fill in all symptoms you currently have that you did not have before the accident.*

## Orthopedic & Musculoskeletal Symptoms

- ☐ "Clunk" Sound with Neck Movements
- ☑ Neck Pain
- ☑ Upper Back Pain
- ☐ Low Back Pain
- ☑ Shoulder Pain   ☐ Left ☑ Right
- ☑ Upper Arm Pain  ☐ Left ☑ Right
- ☐ Elbow Pain      ☐ Left ☑ Right
- ☑ Forearm Pain    ☐ Left ☐ Right
- ☑ Wrist Pain      ☐ Left ☑ Right
- ☑ Hand Pain       ☐ Left ☑ Right
- ☐ Hip Pain        ☐ Left ☐ Right
- ☐ Upper Leg Pain  ☐ Left ☐ Right
- ☑ Knee Pain       ☑ Left ☐ Right
- ☑ Lower Leg Pain  ☐ Left ☐ Right
- ☑ Ankle Pain      ☑ Left ☐ Right
- ☐ Foot Pain       ☑ Left ☐ Right
- ☐ Jaw Pain
- ☐ Clicking in Jaw
- ☐ Pain when Chewing
- ☐ Face Pain
- ☐ Chest Pain
- ☐ Stomach Pain
- ☐ Bruise/Contusion to _____
- ☐ Abrasion/Scrape to_____
- ☐ Other Symptom _____
- ☐ Other Symptom _____

## Neurological Symptoms

- ☑ Numb/Tingling Arm / Hand   L  R
- ☑ Numb/Tingling Leg / Foot   L  R
- ☑ Weakness  Arm / Hand       L  R
- ☑ Weakness Leg / Foot        L  R

## Symptoms Associated with Injuries

- ☑ Range of Motion Problems
- ☑ Headaches
- ☐ Muscle Spasms
- ☑ Dizziness
- ☑ Visual Disturbances
- ☑ Sleep Disruption
- ☐ Radiating Pain
- ☑ Anxiety
- ☑ Depression
- ☑ I am taking over-the-counter pain meds

© HBTinstitute.com

## Brain/Neuropsych/MTBI Symptoms

- ☑ Wanting to be Alone
- ☐ Sleepiness
- ☑ Nausea/vomiting
- ☑ Difficulty Concentrating
- ☐ Day Dreaming/Staring Mindless Staring
- ☑ Mood Swings
- ☑ Agitation
- ☑ Sadness or tearful
- ☐ Blurry Vision
- ☐ Double Vision
- ☐ Disoriented
- ☑ Confused
- ☐ Difficulty Speaking
- ☐ Feelings of Isolation from Others
- ☐ Attention Problems
- ☑ Appetite Change
- ☐ Pupils Different Sizes
- ☐ Room Spins/ Woozy Feeling
- ☑ Balance Problems
- ☐ Difficulty Walking
- ☐ Difficulty Focusing/Easily Distracted
- ☐ Very Tired
- ☐ Dozing During The Day
- ☐ Personality Change
- ☐ Can't Remember Numbers
- ☐ Reading Problems
- ☐ Writing Problems
- ☑ Difficulty with Adding/Subtracting
- ☑ Poor Attention
- ☐ Difficulty Learning New Things
- ☐ Difficulty Understanding
- ☑ Difficulty Remembering Things
- ☑ Re-reading Things to Understand It
- ☑ Anger
- ☑ Difficulty Making Decisions
- ☑ Change in Sexual Functioning
- ☐ Reduced Confidence
- ☐ Helplessness
- ☐ Apathy (Don't Care)
- ☑ Irritable
- ☑ Change in Sense of Taste or Smell
- ☑ Flashbacks to Accident
- ☐ Impatience
- ☐ Frustration
- ☐ Hearing Problems
- ☑ Difficulty Planning or Organizing

**Patient Name** Monica La Combe

**Diagnosis** G44.319
S13.4xxA
m 54.2
m 54.12

**Date of First Exam** 7-27-18

**X-rays Taken** Send For

w/ mods   S29.012A

**B/P** 128/82   **Speech** m 54.5

**Sex** M F **Age** 49 **Hgt** 5'8" **Wgt** 141

**Disfigurement** S39.012A

**Gait** Normal Impaired Slow Irregular Hesitant

**Posture** Good Fair Poor   m 54.5

**Appearance** Well-Nourished Robust Good Poor

**Ambulation** Normal Impaired Difficult Needs Assist

## POSTURE ANALYSIS

| | Left | Normal | Right |
|---|---|---|---|
| Head tilt | | | |
| Apparent cervical curvature | | 1 | |
| Cervical muscle tension | T3 | | T3 |
| Shoulder high on | | | |
| Apparent thoracic curvature | | | |
| Thoracic muscle tension | T2 | | T3 |
| Apparent lumbar curvature | | | |
| Lumbar muscle tension | +2 | | T3 |
| Illum high on | | | |

| P - Pain | H - Hypoesthesia |
|---|---|
| T - Tender | S - Spasm |
| N - Numb | E - Edema |

7-22-18

## ORTHOPEDIC / NEUROLOGICAL

| STANDING: | Bilat | Left | Right |
|---|---|---|---|
| Trendelenberg | | | |
| Kemp's | + | | |
| Romberg | | | |

### SITTING: R · L HANDED

| | Bilat | Left | Right |
|---|---|---|---|
| Forearm | | | |
| Triceps reflex | | | |
| Biceps reflex | 2+ | | |
| Patellar reflex | | | |
| Pupillary reflex | | | |
| Minor's Sign | | | |
| Finger to Nose | | | |
| Foramina Compression | | | -1 |
| Shoulder Depression | | | |
| Hyper Extension Compression | | | |
| Dynamometer -Right Hand | | | |
| Dynamometer -Left Hand | | | |

### PATIENT PRONE:

| | Bilat | Left | Right |
|---|---|---|---|
| Apparent Short Leg | | | |
| Head Turn | | | |
| Derefield Test | | | |
| Ely Test | | | + |
| Apley's Compression Test | | | |
| Apley's Distraction Test | | | |
| Achilles reflex | | | |

### PATIENT SUPINE:

| | Bilat | Left | Right |
|---|---|---|---|
| Leg Raise | | | |
| Lasegue Sign | | | 32 |
| Braggard Test | | | |
| Double straight leg raise | | | |
| Bilateral leg lowering | | | |
| Leg Drop | | | |
| Fabere-Patrick | | | |
| Babinski | | | |
| Soto Hall | | | |

## RANGE OF MOTION

**CERVICAL MOVEMENT**

| | F.R. | Poss. | Pain |
|---|---|---|---|
| Flexion | 50 | 40 | -1 |
| Extension | 45 | 35 | |
| Lat. Right Flex | 40 | 30 | |
| Lat. Left Flex | 40 | 30 | |
| Rotation Right | 80 | 60 | |
| Rotation Left | 80 | 50 | |

**DORSOLUMBAR MOVEMENT**

| | F.R. | Poss. | Pain |
|---|---|---|---|
| Flexion | 90 | 70 | -1 |
| Extension | 30 | 20 | |
| Lat. Right Flex | 30 | | |
| Lat. Left Flex | 30 | | |
| Rotation Right | 30 | | |

Prim. Complaint

Med. Conditions Denies cell

Surgeries L/3 surgery 2010 Jan:

Medications BP - meds -

Off Work/Limited

Vehicle/Prop. Dam.

4r

## I T E M I Z E D   S T A T E M E N T

STIPP LAW FIRM                                CLAIM NO:
                                              ADJUSTER:
2333 STATE ST STE 205
CARLSBAD CA 92008                             EMPLOYER:

---

| PATIENT: | BIRTHDAY: | INSURED: |
|---|---|---|
| MONICA   LA COMBE 16208 ALN 1 | 04-28-1969 | |
| | SEX:F | I.D.# |
| TEMECULA, CA 92592 | RELATIONSHIP: | GROUP |

---

OTHER INSURANCE:              WORK INJURY:NO        INSUREDS ADDRESS:

                             AUTO ACCIDENT:YES      ,

---

RELEASE OF INFORMATION:ON FILE        ASSIGNMENT OF BENEFITS:ON FILE

---

ILLNESS/ACCIDENT DATE:07-22-2018      FIRST TREATMENT:07-27-2018

---

DIAGNOSIS:
    G44.319 ACUTE POST-TRAUMATIC HEADACHE
    S13.4XXA SPRAIN OF LIGAMENTS OF CERVICAL SPINE INITIAL ENCOUNTER (ACTIVE TREATM
    M54.2 CERVICALGIA
    M54.12 RADICULOPATHY CERVICAL REGION
    S29.012A STRAIN OF MUSCLE AND TENDON OF BACK WALL OF THORAX INITIAL ENCOUNTER (
    M54.6 PAIN IN THORACIC SPINE
    S39.012A STRAIN OF MUSCLE, FASCIA AND TENDON OF LOWER BACK, INITIAL ENCOUNTER (
    M54.5 LOW BACK PAIN (LUMBAGO)

---

| DATE | DESCRIPTION | PROC CODE | AMOUNT |
|---|---|---|---|
| 07-27-2018 | COMPREHENSIVE (NEW PATIENT ... | 99204 25 | 275 00 |
| 07-27-2018 | ELECT MUSCLE STIM | 97014 | 40 00 |
| 07-27-2018 | HOT OR COLD PACKS | 97010 | 25 00 |
| 07-27-2018 | 1-2 REGION MANIPULATION | 98940 AT | 55 00 |
| 07-30-2018 | ELECT MUSCLE STIM | 97014 | 40 00 |
| 07-30-2018 | HOT OR COLD PACKS | 97010 | 25 00 |
| 07-30-2018 | 1-2 REGION MANIPULATION | 98940 AT | 55 00 |
| | | TOTAL | 515 00 |

---

DATE:02-18-2019

ANTHONY D YOUNG

# TEMEKU CHIROPRACTIC ORTHOPEDIC CLINIC

## SOAP NOTES LEDGER

The number system is based on the United States Air Force system for daily/weekly therapy.

Patient days of therapy is stamped or written in at the top of the chart.

MAJOR COMPLAINTS is the subjective complaints told by the patient's daily noted by a number system 10 through 1.
Complaints being headaches, C/S P = cervical spine pain, L/S P= lumbar spine pain, Arm (L)(R) T P= arm left and right tingling & pain, Ect.

FINDINGS are objective findings felt by the doctor hands on daily noted by the number system. Example is tender C/S para= tenderness of the cervical spine para-spinal muscles. These findings should be close the subjective complaints daily.

TX Procedures is the chiropractic adjustment or spinal manipulation made to different spinal areas, cervical, thoracic, or lumbar, noted by a check that it was performed. TP=trigger point manual therapy, RP= rapid release / myofascial release. VM= vibratory massage.

Therapy is the type of modality or therapy procedure that was done on that day. HP= hot pack, ice=ice packs, EMS= electrical muscle stimulation, Ls= cold laser therapy and Ex Rehab= exercise rehabilitation.

Time: hot packs or ice is put on with electrical muscle stimulation for 20-30 minutes; multiple areas may be performed at once. Laser therapy is utilized 8-12 minutes per area. Exercise is kinetic with weight bearing increase performed on nautilus, cybex or other exercise machines for an additional 20-30 minutes.

Por : 7/23/18
REFERRED BY:

TREATING DOCTOR: Young

ATTY NAME:

SPECIAL INSTRUCTIONS:

| DR. INITIALS | WK. PH. ( ) | CELL PH. (951) 367-0440 | HM. PH. ( ) | CO-PAY | DED AMT O.V. | CASE Lien HRS. | | | HP ens | SK | 02 just clg | | Ky " | HP eig " Dg pangkal | lab 2g 7 | Phone 1 0 | clg PT | walk paclus | Patient Signature | INS | CPT 16208 | CODE | FIRST La Monica | LAST Cambe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | c/u | | | | x | x | x | J | x | x | J | | 1 | | 7·27·18 | | |
| 2 | | | | | | | | | c/u | | | / | | | | | | | | | 2 | | 7 30 18 | | |
| 3 | | | | | | | | | | | | | | | | | | | | | 3 | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | 4 | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | 5 | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | 6 | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | 7 | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | 8 | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | 9 | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | 10 | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | 11 | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | 12 | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | 13 | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | 14 | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | 15 | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | 16 | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | 17 | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | 18 | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | 19 | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | 20 | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | 21 | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | 22 | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | 23 | | | | |

**Lacombe, Monica  [159081]**
**44676 Springvail Ct**
**Temecula, CA 92592**

**Synergy**
**Account Information Report**
Patient Summary

Page:        1
Date:        01/24/2019
Time:        10:14:24 AM

## Account Information

| Account Balance | | Credits | | Claims | | Last | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **Patient** | $905.52 | **Patient** | $0.00 | **Submitted** | $3,917.00 | **Statement** | 12/07/2018 | $905.52 |
| **Insurance** | $0.00 | **Insurance** | $0.00 | **Suspended** | $0.00 | **Payment** | 09/25/2018 | $0.00 |
| **Credit** | $0.00 | **Undetermined** | $0.00 | **Suspended from AR** | | **Charge** | 08/13/2018 | $1,934.00 |
| **Total Account** | $905.52 | **Pre-Pay** | $0.00 | **Suspended AR** | $0.00 | | | |
| **Collections** | | | | | | | | |
| **Collections Balance** | $0.00 | **Total** | $0.00 | | | | | |

## Account Aging

| | 0 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | 121 + |
|---|---|---|---|---|---|
| **Patient:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 905.52 | $ 0.00 |
| **Insurance:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 905.52 | $ 0.00 |

**Lacombe, Monica  [159081]**
**44676 Springvail Ct**
**Temecula, CA 92592**

**Synergy**
**Account Information Report**
Include:All

Show: Unexpanded Details

| | | |
|---|---|---|
| **Page:** | 2 |
| **Date:** | 01/24/2019 |
| **Time:** | 10:14:24 AM |

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 12/07/2018 | | CD | NOTE: System generated statement printed on 12/7/2018 | | |
| 11/09/2018 | | CD | NOTE: System generated statement printed on 11/9/2018 | | |
| 10/15/2018 | | CD | NOTE: System generated statement printed on 10/15/2018 | | |
| 09/25/2018 | | ES | Contractual Adjustment [1,523.86] Blue Shield BlueCard Program; Insurance Plan ID: 2899 (ERA)<br>Batch: 18273 2018 09-25 $24,954.37 EFT | ($1,523.86) | |
| 09/25/2018 | | ES | Insurance Payment [0.00] Blue Shield BlueCard Program; EFT; 3383540114; Insurance Plan ID: 2899 (ERA)<br>Batch: 18273 2018 09-25 $24,954.37 EFT | $0.00 | |
| 09/25/2018 | | ES | Contractual Adjustment [1,487.62] Blue Shield BlueCard Program; Insurance Plan ID: 2899 (ERA)<br>Batch: 18273 2018 09-25 $24,954.37 EFT | ($1,487.62) | |
| 09/25/2018 | | ES | Insurance Payment [0.00] Blue Shield BlueCard Program; EFT; 3383540114; Insurance Plan ID: 2899 (ERA)<br>Batch: 18273 2018 09-25 $24,954.37 EFT | $0.00 | |
| 08/13/2018 | 08/13/2018 | SG | 73221 [1,934.00 x 1] Billable: Lizerbram, Eric  MD; Rendering: Lizerbram, Eric MD<br>Practice Location: Synergy MRI; Service Location: Synergy MRI; Referring: Myer, Jonathan MD [719.43; M25.531] CoPay: $0.00; Visit Type: Procedures; Visit ID: 145355; Stmt Recipient: Monica Lacombe<br>Magnetic resonance (eg, proton) imaging, any joint of upper extr<br>Batch: 17982 2018 08-13 MRI Charges Gfrye | $1,934.00 | $446.38 |
| 08/13/2018 | 08/13/2018 | SG | 72141 [1,983.00 x 1] Billable: Lizerbram, Eric  MD; Rendering: Lizerbram, Eric MD<br>Practice Location: Synergy MRI; Service Location: Synergy MRI; Referring: Myer, Jonathan MD [723.1; M54.2] CoPay: $0.00; Visit Type: Procedures; Visit ID: 145354; Stmt Recipient: Monica Lacombe<br>Magnetic resonance (eg, proton) imaging, spinal canal and conten<br>Batch: 17982 2018 08-13 MRI Charges Gfrye | $1,983.00 | $459.14 |

**Lacombe, Monica  [158827]**
**44676 SpringvaleCourt**
**Temecula, CA 92592**

**Synergy**
**Account Information Report**
Patient Summary

Page:           1
Date:       02/15/2019
Time:       6:41:22 AM

| Account Balance | | Account Information | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **Credits** | | **Claims** | | **Last** | **Date** | **Amount** | |
| **Patient** | $249.79 | **Patient** | $0.00 | **Submitted** | $1,496.00 | **Statement** | 01/24/2019 | $249.79 | |
| **Insurance** | $0.00 | **Insurance** | $0.00 | **Suspended** | $0.00 | **Payment** | 08/28/2018 | $0.00 | |
| **Credit** | $0.00 | **Undetermined** | $0.00 | **Suspended from AR** | | **Charge** | 09/06/2018 | $315.00 | |
| **Total Account** | $249.79 | **Pre-Pay** | $0.00 | **Suspended AR** | $0.00 | | | | |
| **Collections** | | | | | | | | | |
| **Collections Balance** | $0.00 | **Total** | $0.00 | | | | | | |

### Account Aging

| | 0 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | 121 + |
|---|---|---|---|---|---|
| **Patient:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 214.23 | $ 35.56 |
| **Insurance:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 214.23 | $ 35.56 |

**Lacombe, Monica  [158827]**
**44676 SpringvaleCourt**
**Temecula, CA 92592**

**Synergy**
## Account Information Report
**Include:All**

**Show: Unexpanded Details**

| Page: | 2 |
|---|---|
| Date: | 02/15/2019 |
| Time: | 6:41:22 AM |

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 01/24/2019 | | CD | NOTE: System generated statement printed on 1/24/2019 | | |
| 12/07/2018 | | CD | NOTE: System generated statement printed on 12/7/2018 | | |
| 11/09/2018 | | CD | NOTE: System generated statement printed on 11/9/2018 | | |
| 10/15/2018 | | CD | NOTE: System generated statement printed on 10/15/2018 | | |
| 09/18/2018 | | ES | Contractual Adjustment [244.44] Blue Cross; Insurance Plan ID: 1017 (ERA) Batch: 18199 2018 09-18 $27,668.76 EFT | ($244.44) | |
| 09/18/2018 | | ES | Insurance Payment [0.00] Blue Cross; EFT; 3383162174; Insurance Plan ID: 1017 (ERA) Batch: 18199 2018 09-18 $27,668.76 EFT | $0.00 | |
| 09/13/2018 | | CD | NOTE: System generated statement printed on 9/13/2018 | | |
| 09/06/2018 | 08/28/2018 | DA | 99213 [315.00 x 1] Billable: Myer, Jonathan J.  MD; Rendering: Myer, Jonathan J. MD Practice Location: Sorrento Valley Office; Service Location: Sorrento Valley Office [M25.511, M50.30] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 148571; Stmt Recipient: Monica Lacombe OFFICE/OUTPATIENT VISIT EST | $315.00 | $35.56 |
| 08/28/2018 | | DA | Contractual Adjustment [554.65] Blue Cross; Insurance Plan ID: 1017 | ($554.65) | |
| 08/28/2018 | | DA | Contractual Adjustment [109.26] Blue Cross; Insurance Plan ID: 1017 | ($109.26) | |
| 08/28/2018 | | DA | Contractual Adjustment [116.78] Blue Cross; Insurance Plan ID: 1017 | ($116.78) | |
| 08/28/2018 | | DA | Contractual Adjustment [151.08] Blue Cross; Insurance Plan ID: 1017 | ($151.08) | |
| 08/28/2018 | | DA | Insurance Payment [0.00] Blue Cross; EFT; 3381979824; Insurance Plan ID: 1017 | $0.00 | |
| 08/28/2018 | | ES | Insurance Payment [0.00] Blue Cross; EFT; 3381979824; Insurance Plan ID: 1017 (ERA) Batch: 18076 2018 08-28 $29,584.40 EFT | $0.00 | |
| 08/28/2018 | | KR | Patient Payment [35.00]; Credit Card - Visa; COPAY | ($35.00) | |
| **08/07/2018** | | **DA** | **(VOIDED) Contractual Adjustment [556.24] Blue Cross; Insurance Plan ID: 1017 Batch: 17983 2018 08-07 Myer Office Charges** | **$0.00** | |
| **08/07/2018** | | **DA** | **(VOIDED) Contractual Adjustment [106.23] Blue Cross; Insurance Plan ID: 1017 Batch: 17983 2018 08-07 Myer Office Charges** | **$0.00** | |
| **08/07/2018** | | **DA** | **(VOIDED) Contractual Adjustment [137.70] Blue Cross; Insurance Plan ID: 1017 Batch: 17983 2018 08-07 Myer Office Charges** | **$0.00** | |
| **08/07/2018** | | **DA** | **(VOIDED) Contractual Adjustment [177.68] Blue Cross; Insurance Plan ID: 1017 Batch: 17983 2018 08-07 Myer Office Charges** | **$0.00** | |
| 08/07/2018 | | DA | Insurance Payment [0.00] Blue Cross; Check; Insurance Plan ID: 1017 Batch: 17983 2018 08-07 Myer Office Charges | $0.00 | |
| 08/06/2018 | 08/06/2018 | DA | 72040 [189.00 x 1] Billable: Myer, Jonathan J.  MD; Rendering: Myer, Jonathan J. MD Practice Location: Sorrento Valley Office; Service Location: Sorrento Valley Office; Referring: Myer, Jonathan MD [M47.812] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 144554; Stmt Recipient: Monica Lacombe Radiologic examination, spine, cervical; 3 views or less Batch: 17979 2018 08-06 Myer Office Charges | $189.00 | $37.92 |

**Lacombe, Monica  [158827]**
**44676 SpringvaleCourt**
**Temecula, CA 92592**

**Synergy**
**Account Information Report**
Include:All

Show: Unexpanded Details

| Page: | 3 |
| Date: | 02/15/2019 |
| Time: | 6:41:22 AM |

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 08/06/2018 | 08/06/2018 | DA | 73030-LT [147.00 x 1] Billable: Myer, Jonathan J.  MD; Rendering: Myer, Jonathan J. MD<br>Practice Location: Sorrento Valley Office; Service Location: Sorrento Valley Office; Referring: Myer, Jonathan MD<br>[M47.812] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 144554; Stmt Recipient: Monica Lacombe<br>Radiologic examination, shoulder; complete, minimum of 2 views<br>Batch: 17979 2018 08-06 Myer Office Charges | $147.00 | $30.22 |
| 08/06/2018 | 08/06/2018 | DA | 73070-RT [137.00 x 1] Billable: Myer, Jonathan J.  MD; Rendering: Myer, Jonathan J. MD<br>Practice Location: Sorrento Valley Office; Service Location: Sorrento Valley Office; Referring: Myer, Jonathan MD<br>[M77.11] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 144554; Stmt Recipient: Monica Lacombe<br>Radiologic examination, elbow; 2 views<br>Batch: 17979 2018 08-06 Myer Office Charges | $137.00 | $27.74 |
| 08/06/2018 | 08/06/2018 | DA | 99204 [708.00 x 1] Billable: Myer, Jonathan J.  MD; Rendering: Myer, Jonathan J. MD<br>Practice Location: Sorrento Valley Office; Service Location: Sorrento Valley Office; Referring: Myer, Jonathan MD<br>[M47.812, M77.11, M25.531] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 144554; Stmt Recipient: Monica Lacombe<br>OFFICE/OUTPATIENT VISIT NEW<br>Batch: 17979 2018 08-06 Myer Office Charges | $708.00 | $118.35 |
| 08/06/2018 | | KR | Patient Payment [35.00]; Credit Card - American Express; copay; CoPay VisitID: 144554 | ($35.00) | |



# STIPP LAW FIRM

PERSONAL INJURY | ELDER ABUSE

*Sent via Fax*

December 13, 2019

Spine & Pain Management
320 Santa Fe Drive, #308
Encinitas, CA 92024
Fax: (760) 230-6566

|      | **Client** | : Monica Lacombe |
|------|------------|------------------|
|Re:   | **DOB**    | : 4/28/1969      |
|      | **DOI**    | : 7/22/2018      |

Dear Custodian of Records:

This firm has been retained by Monica Lacombe, in connection with the injuries sustained from a Premise Liability on 7/22/2018.

Please provide copies of all **medical records** (including but not limited to emergency records, doctor's notes, nurse's notes, radiology reports, history and physical, consultations, discharge summaries, care plans, charts, etc.) relating to any and all treatment of our client Monica Lacombe **beginning July 22, 2013 through present.** Please also provide all **billing records** from 7/22/2018 through the present.

Enclosed you will find a HIPAA Compliant Authorization for the Release of Health Records. Of course, we will happily reimburse your office for all copying costs. Please be advised that pursuant to the 2009 Hitech Act, which amended HIPAA's Privacy Rule, created a "Right of Access" that allows patients to quickly access electronic copies of medical records at little or no cost to them. Specifically, the HITECH ACT requires all HIPAA covered entities and their business associates to furnish electronic copies of such medical record(s) to a patient, or third party of the patient's choosing, within **30 days** of the receipt of the "Right of Access" request. The covered entity or business associate is permitted to charge a "reasonable, cost-based" fee of $6.50 for such electronic copy, regardless of the length/content of the medical record.

Please send all available records via email to: jake@stipplawfirm.com; via fax to: (760) 994-0563, or via mail to our Carlsbad office. Please do not hesitate to contact me if you have any questions.

12/13/19 Records attached! :)

Sincerely,
**STIPP LAW FIRM**

Jacob L. Stipp, Esq.

JACOB L. STIPP, ESQ. | JAKE@STIPPLAWFIRM.COM | STIPPLAWFIRM.COM
CARLSBAD                                          TEMECULA
2333 STATE STREET, STE. 205   T: (760) 994-0480   28693 OLD TOWN FRONT STREET, STE. 400   T: (951) 225-4240
CARLSBAD, CA 92008            F: (760) 994-0563   TEMECULA, CA 92590                       F: (760) 994-0563

Keeran Kumar MD

## Patient Procedure Summary

Monica Lacombe (8885)

| DOS | Description | Exp. Allowed | Charges | Adjust | Receipts | Pat. Balance | Ins. Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|
| | Monica Lacombe | | | | | | | |
| 10/24/2019 | 62321 - NJX DX/THER SBST INTRLMNR CRV/THRC W/IMG GDN | - | 1,338.75 | 991.17 | - | 347.58 | - | 347.58 |
| 10/24/2019 | 99204 - OFFICE/OP VISIT, NEW PT, 3 KEY COMPONENTS:COMPREHENSIVE HX;COMPREHENSIVE EXAM;MED DECISN MOD COMPLEX | - | 832.10 | 668.51 | 35.00 | 128.59 | - | 128.59 |
| 10/24/2019 | J3301 - Triamcinolone acetonide inj | - | 720.00 | 707.20 | - | 12.80 | - | 12.80 |
| 10/24/2019 | Q9965 - Locm 200-299mg/ml iodine,1ml | - | 400.00 | 398.40 | - | 1.60 | - | 1.60 |
| 11/27/2019 | 62321 - NJX DX/THER SBST INTRLMNR CRV/THRC W/IMG GDN | - | 1,338.75 | - | - | - | 1,338.75 | 1,338.75 |
| 11/27/2019 | 99213 - OFFICE/OP VISIT, EST PT, 2 KEY COMPONENTS: EXPAND PROB HX; EXPAND PROB EXAM;MED DECISION LOW COMPLEX | - | 378.50 | - | 35.00 | - | 343.50 | 343.50 |
| 11/27/2019 | J3301 - Triamcinolone acetonide inj | - | 720.00 | - | - | - | 720.00 | 720.00 |
| 11/27/2019 | Q9965 - Locm 200-299mg/ml iodine,1ml | - | 400.00 | - | - | - | 400.00 | 400.00 |
| | | - | 6,128.10 | 2,765.28 | 70.00 | 490.57 | 2,802.25 | 3,292.82 |

RECEIVED 12/13/2019 04:52PM 17606375087

JACOB STIPP

NEUROLOGICAL AND PAIN INSTITUTE
STE 608
8851 CENTER DRIVE
LA MESA CA 91942-3199
RETURN SERVICE REQUESTED

**BILLING QUESTIONS:**   (858) 842-1187

| | IF PAYING BY CREDIT CARD, FILL OUT BELOW. | | |
|---|---|---|---|
| | CHECK CARD USING PAYMENT   MasterCard   Visa | | |
| CARD NUMBER | | CVV | AMOUNT |
| SIGNATURE | | | EXP. DATE |
| STATEMENT DATE 12/02/19 | PAY THIS AMOUNT 730.48 | | ACCT. # |
| CHECK # | | SHOW AMOUNT PAID HERE | |

| ADDRESSEE | REMIT TO |
|---|---|

Monica Lacombe
44676 Springvail Ct
Temecula, CA 92592-1865



NEUROLOGICAL AND PAIN INSTITUTE
STE 608
8851 CENTER DRIVE
LA MESA CA 91942-3199

Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.   **STATEMENT**   PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | PROVIDER | DESCRIPTION | PATIENT | CHARGES | PAYMENTS & WRITE-OFFS | | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | | ADJUSTMENTS | PAYMENTS | |
| 10/18/19 | BAHREMAN | OFFICE/OUTPT NEW COMPLEX | MONICA | 350.00 | | | 205.19 |
| 11/29/19 | | WRITE OFF - INSURANCE | | | (144.81) | | |
| 11/29/19 | | PAYMENT - INSURANCE | | | | (0.00) | |
| | | *Deductible amount.* | | | | | |
| 10/18/19 | BAHREMAN | NRV CNDJ TEST 13/> STUDIES | MONICA | 1200.00 | | | 353.09 |
| 11/29/19 | | WRITE OFF - INSURANCE | | | (846.91) | | |
| 11/29/19 | | PAYMENT - INSURANCE | | | | (0.00) | |
| | | *Deductible amount.* | | | | | |
| 10/18/19 | BAHREMAN | MUSC TEST DONE W/N TEST COMP | MONICA | 1200.00 | | | 172.20 |
| 11/29/19 | | WRITE OFF - INSURANCE | | | (1027.80) | | |
| 11/29/19 | | PAYMENT - INSURANCE | | | | (0.00) | |
| | | *Deductible amount.* | | | | | |

**MESSAGES**

PROMPT PAYMENTS ARE ALWAYS APPRECIATED!

| CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS | UNAPPLIED | BALANCE DUE |
|---|---|---|---|---|---|---|
| 730.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 730.48 |

**PLEASE REMIT TO:**   NEUROLOGICAL AND PAIN INSTITUTE
STE 608
8851 CENTER DRIVE
LA MESA CA 91942-3199

**ACCOUNT NUMBER:**   18245

**BILLING QUESTIONS:**   (858) 842-1187

| PLEASE PAY THIS AMOUNT | $730.48 |
|---|---|

--STM3115

# FAX COVER SHEET

| | |
|---|---|
| **To:** | **From:** Rehab Group Temecula<br><therehabgroup951@gmail.com> |
| **Company:** | **Date:** 03/18/19 01:46:21 PM |
| **Fax Number:** 17609940563 | **Pages (Including cover):** 22 |
| **Re:** Lacombe, M | |

**Notes:**

Jacob,

Please find the requested information for Monica Lacombe. Please feel free to contact me if you have any questions. Thank you.

part 1 of 2

--
Leslie
The Rehab Group
(951) 719-8155 Phone
(951) 302-8155 Fax

IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPPA) privacy Rule. This Transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subjected to legal restriction or sanction. Please notify the sender by telephone 951-719-8155.



Invoice To :

## Stipp Law Firm

Date: 3-12-19

Tax ID#

| Name | Service | Date of Service | Total |
|---|---|---|---|
| Monica Lacombe | Records Request | | $15.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Charge | | | $15.00 |

The Rehab Group
31741 Temecula Pkwy "C"
Temecula, CA 92592
Phone (951) 719-8155  Fax 951-500-8155

INVOICE# 787203008   PAGE:1
ACCOUNT# OF GUARANTOR: ▮

THE REHAB GROUP-TEM
31741 TEMECULA PARKWAY          DATE: Mar-05-2019
SUITE C
TEMECULA, CA 92592-9804          PATIENT ACCOUNT#
                                 PATIENT: LACOMBE, MONICA
                                 DATE OF SERVICE: 09-07-18
                                 PLEASE PAY $0.00

                                 Signature _____
                                 Exp.Date ____ / __
                                 CC# _____   CID# _____
                                 __ VISA  __ MC    __ CHECK# _____

MONICA LACOMBE
44676 SPRINGVAIL CT
TEMECULA, CA 92592          PAY TO: THE REHAB GROUP-TEM
                                   40686 CALIFORNIA OAKS RD
                                   SUITE 2A
                                   MURRIETA, CA 92562-9773

-------------------------------Cut Here & Return Above Portion With Payment -------------------------------

| DATE | DESCRIPTION | CHARGES | PAYMENTS/ ADJUSTMENTS | BALANCE |
|---|---|---|---|---|
| PATIENT: LACOMBE, MONICA  ACCT# 34272970 | | | | |
| 09-07-18 | 97161 EVALUATION LOW | $150.00 | | $150.00 |
| 09-07-18 | PATIENT COPAY AT OFFICE VISIT - VISA | | $45.00 | $105.00 |
| 10-16-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $30.00 | $75.00 |
| 10-16-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $75.00 | $0.00 |
| 09-07-18 | 97110 THERAPEUTIC PX 1 AREAS EACH 15 MIN EXERCISES | $130.00 | | $130.00 |
| 10-16-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $52.50 | $77.50 |
| 10-16-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $55.00 | $22.50 |
| 10-26-18 | APPLY ACCOUNT CREDIT | | $22.50 | $0.00 |
| 09-07-18 | 97140 - MANUAL THERAPY TQS 1 REGIONS EACH 15 MINUTES | $130.00 | | $130.00 |
| 10-16-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $130.00 |
| 10-16-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $130.00 | $0.00 |
| 10-16-18 | DID NOT PAY ON THE CHARGE | | | |
| 09-26-18 | 97110 THERAPEUTIC PX 1 AREAS EACH 15 MIN EXERCISES | $130.00 | | $130.00 |
| 10-08-18 | PATIENT COPAY - OTHER | | $45.00 | $85.00 |
| 10-10-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $30.00 | $55.00 |
| 10-10-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $55.00 | $0.00 |
| 09-26-18 | 97140 - MANUAL THERAPY TQS 1 REGIONS EACH 15 MINUTES | $130.00 | | $130.00 |
| 10-10-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $130.00 |
| 10-10-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $130.00 | $0.00 |
| 10-10-18 | DID NOT PAY ON THE CHARGE | | | |
| 09-26-18 | APPL MODALITY 1/  AREAS ELEC STIMJ UNATTENDED | $30.00 | | $30.00 |
| 10-10-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $30.00 |
| 10-10-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $30.00 | $0.00 |
| 10-10-18 | DID NOT PAY ON THE CHARGE | | | |
| 10-05-18 | 97110 THERAPEUTIC PX 1 AREAS EACH 15 MIN EXERCISES | $130.00 | | $130.00 |
| 10-23-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $52.50 | $77.50 |
| 10-23-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $55.00 | $22.50 |
| 10-26-18 | APPLY ACCOUNT CREDIT | | $22.50 | $0.00 |
| 10-05-18 | 97140 - MANUAL THERAPY TQS 1 REGIONS EACH 15 MINUTES | $130.00 | | $130.00 |
| 10-23-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $130.00 |
| 10-23-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $130.00 | $0.00 |
| 10-23-18 | DID NOT PAY ON THE CHARGE | | | |
| 10-05-18 | APPL MODALITY 1/  AREAS ELEC STIMJ UNATTENDED | $30.00 | | $30.00 |
| 10-23-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $30.00 |
| 10-23-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $30.00 | $0.00 |
| 10-23-18 | DID NOT PAY ON THE CHARGE | | | |
| 10-10-18 | 97110 THERAPEUTIC PX 1 AREAS EACH 15 MIN EXERCISES | $130.00 | | $130.00 |
| 10-10-18 | PATIENT COPAY AT OFFICE VISIT - CASH | | $45.00 | $85.00 |
| 10-30-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $30.00 | $55.00 |
| 10-30-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $55.00 | $0.00 |

INVOICE# 787203008    PAGE:2
ACCOUNT# OF GUARANTOR: ▮

DATE: Mar-05-2019

THE REHAB GROUP-TEM
31741 TEMECULA PARKWAY
SUITE C
TEMECULA, CA 92592-9804

PATIENT ACCOUNT# ▮
PATIENT: LACOMBE, MONICA
DATE OF SERVICE: 09-07-18
PLEASE PAY $0.00

Signature _____
Exp.Date __ / __ __
CC# _____ CID# _____
__VISA  __MC  ____CHECK#_____

MONICA LACOMBE
44676 SPRINGVAIL CT
TEMECULA, CA 92592

PAY TO: THE REHAB GROUP-TEM
40680 CALIFORNIA OAKS RD
SUITE 2A
MURRIETA, CA 92562-9773

----------------------Cut Here & Return Above Portion With Payment ----------------------

| DATE | DESCRIPTION | CHARGES | PAYMENTS/ ADJUSTMENTS | BALANCE |
|---|---|---|---|---|
| 10-10-18 | 97140 - MANUAL THERAPY TQS 1 REGIONS EACH 15 MINUTES | $130.00 | | $130.00 |
| 10-30-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $130.00 |
| 10-30-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $130.00 | $0.00 |
| 10-30-18 | DID NOT PAY ON THE CHARGE | | | |
| 10-10-18 | APPL MODALITY 1/ AREAS TRACTION MECHANICAL | $30.00 | | $30.00 |
| 10-30-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $30.00 |
| 10-30-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $30.00 | $0.00 |
| 10-30-18 | DID NOT PAY ON THE CHARGE | | | |
| 10-12-18 | 97110 THERAPEUTIC PX 1 AREAS EACH 15 MIN EXERCISES | $130.00 | | $130.00 |
| 10-30-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $52.50 | $77.50 |
| 10-30-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $55.00 | $22.50 |
| 11-19-18 | APPLY ACCOUNT CREDIT | | $22.50 | $0.00 |
| 10-12-18 | 97140 - MANUAL THERAPY TQS 1 REGIONS EACH 15 MINUTES | $130.00 | | $130.00 |
| 10-30-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $130.00 |
| 10-30-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $130.00 | $0.00 |
| 10-30-18 | DID NOT PAY ON THE CHARGE | | | |
| 10-12-18 | APPL MODALITY 1/ AREAS TRACTION MECHANICAL | $30.00 | | $30.00 |
| 10-30-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $30.00 |
| 10-30-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $30.00 | $0.00 |
| 10-30-18 | DID NOT PAY ON THE CHARGE | | | |
| 10-15-18 | 97110 THERAPEUTIC PX 1 AREAS EACH 15 MIN EXERCISES | $130.00 | | $130.00 |
| 10-15-18 | PATIENT COPAY AT OFFICE VISIT - CASH | | $45.00 | $85.00 |
| 10-30-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $30.00 | $55.00 |
| 10-30-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $55.00 | $0.00 |
| 10-15-18 | 97140 - MANUAL THERAPY TQS 1 REGIONS EACH 15 MINUTES | $130.00 | | $130.00 |
| 10-30-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $130.00 |
| 10-30-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $130.00 | $0.00 |
| 10-30-18 | DID NOT PAY ON THE CHARGE | | | |
| 10-15-18 | APPL MODALITY 1/ AREAS TRACTION MECHANICAL | $30.00 | | $30.00 |
| 10-30-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $30.00 |
| 10-30-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $30.00 | $0.00 |
| 10-30-18 | DID NOT PAY ON THE CHARGE | | | |
| 10-17-18 | 97110 THERAPEUTIC PX 1 AREAS EACH 15 MIN EXERCISES | $195.00 | | $195.00 |
| 11-06-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $52.50 | $142.50 |
| 11-06-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $120.00 | $22.50 |
| 11-19-18 | APPLY ACCOUNT CREDIT | | $22.50 | $0.00 |
| 10-17-18 | 97140 - MANUAL THERAPY TQS 1 REGIONS EACH 15 MINUTES | $65.00 | | $65.00 |
| 11-06-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $65.00 |
| 11-06-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $65.00 | $0.00 |
| 11-06-18 | DID NOT PAY ON THE CHARGE | | | |

INVOICE# 787203008    PAGE:3
ACCOUNT# OF GUARANTOR: █████████

THE REHAB GROUP-TEM                              DATE: Mar-05-2019
31741 TEMECULA PARKWAY
SUITE C                           PATIENT ACCOUNT# █████████
TEMECULA, CA 92592-9804           PATIENT: LACOMBE, MONICA
                                  DATE OF SERVICE: 09-07-18
                                  PLEASE PAY $0.00

                                  Signature _____
                                  Exp.Date _ _/_ _
                                  CC# _____  CID# _____

                                  __VISA __MC    __CHECK#_____

MONICA LACOMBE
44676 SPRINGVAIL CT               PAY TO: THE REHAB GROUP-TEM
TEMECULA, CA 92592                        40680 CALIFORNIA OAKS RD
                                          SUITE 2A
                                          MURRIETA, CA 92562-9773

-------------------------Cut Here & Return Above Portion With Payment -------------------------------

| DATE | DESCRIPTION | CHARGES | PAYMENTS/ ADJUSTMENTS | BALANCE |
|---|---|---|---|---|
| 10-17-18 APPL MODALITY 1/  AREAS ELEC STIMJ UNATTENDED | | $30.00 | | $30.00 |
| 11-06-18 PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $0.00 | $30.00 |
| 11-06-18 ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $30.00 | $0.00 |
| 11-06-18 DID NOT PAY ON THE CHARGE | | | | |
| | | | | |
| 10-22-18 97110 THERAPEUTIC PX 1 AREAS EACH 15 MIN EXERCISES | | $195.00 | | $195.00 |
| 10-22-18 PATIENT COPAY AT OFFICE VISIT - CASH | | | $45.00 | $150.00 |
| 11-06-18 PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $30.00 | $120.00 |
| 11-06-18 ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $120.00 | $0.00 |
| | | | | |
| 10-22-18 97140 - MANUAL THERAPY TQS 1 REGIONS EACH 15 MINUTES | | $65.00 | | $65.00 |
| 11-06-18 PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $0.00 | $65.00 |
| 11-06-18 ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $65.00 | $0.00 |
| 11-06-18 DID NOT PAY ON THE CHARGE | | | | |
| | | | | |
| 10-22-18 APPL MODALITY 1/  AREAS ELEC STIMJ UNATTENDED | | $30.00 | | $30.00 |
| 11-06-18 PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $0.00 | $30.00 |
| 11-06-18 ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $30.00 | $0.00 |
| 11-06-18 DID NOT PAY ON THE CHARGE | | | | |
| | | | | |
| 10-24-18 97110 THERAPEUTIC PX 1 AREAS EACH 15 MIN EXERCISES | | $195.00 | | $195.00 |
| 11-06-18 PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $52.50 | $142.50 |
| 11-06-18 ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $120.00 | $22.50 |
| 03-05-19 APPLY ACCOUNT CREDIT | | | $22.50 | $0.00 |
| | | | | |
| 10-24-18 97140 - MANUAL THERAPY TQS 1 REGIONS EACH 15 MINUTES | | $65.00 | | $65.00 |
| 11-06-18 PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $0.00 | $65.00 |
| 11-06-18 ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $65.00 | $0.00 |
| 11-06-18 DID NOT PAY ON THE CHARGE | | | | |
| | | | | |
| 10-24-18 APPL MODALITY 1/  AREAS ELEC STIMJ UNATTENDED | | $30.00 | | $30.00 |
| 11-06-18 PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $0.00 | $30.00 |
| 11-06-18 ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $30.00 | $0.00 |
| 11-06-18 DID NOT PAY ON THE CHARGE | | | | |
| | | | | |
| 11-09-18 97110 THERAPEUTIC PX 1 AREAS EACH 15 MIN EXERCISES | | $195.00 | | $195.00 |
| 11-09-18 PATIENT COPAY AT OFFICE VISIT - CASH | | | $22.50 | $172.50 |
| 11-20-18 PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $52.50 | $120.00 |
| 11-20-18 ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $120.00 | $0.00 |
| | | | | |
| 11-09-18 97140 - MANUAL THERAPY TQS 1 REGIONS EACH 15 MINUTES | | $65.00 | | $65.00 |
| 11-09-18 PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $0.00 | $65.00 |
| 11-20-18 ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $65.00 | $0.00 |
| 11-20-18 DID NOT PAY ON THE CHARGE | | | | |
| | | | | |
| 11-09-18 APPL MODALITY 1/  AREAS TRACTION MECHANICAL | | $30.00 | | $30.00 |
| 11-20-18 PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $0.00 | $30.00 |
| 11-20-18 ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | | $30.00 | $0.00 |
| 11-20-18 DID NOT PAY ON THE CHARGE | | | | |
| | | | | |
| 11-14-18 97110 THERAPEUTIC PX 1 AREAS EACH 15 MIN EXERCISES | | $195.00 | | $195.00 |

INVOICE# 787203008   PAGE:4
ACCOUNT# OF GUARANTOR: █████

THE REHAB GROUP-TEM                          DATE: Mar-05-2019
31741 TEMECULA PARKWAY
SUITE C                                PATIENT ACCOUNT# █████
TEMECULA, CA 92592-9804                PATIENT: LACOMBE, MONICA
                                       DATE OF SERVICE: 09-07-18
                                       PLEASE PAY $0.00

                                Signature _____
                                Exp.Date ___/___
                                CC# _____   CID# _____
                                _ VISA _ MC      CHECK#_____

MONICA LACOMBE                  PAY TO: THE REHAB GROUP-TEM
44676 SPRINGVAIL CT                     40680 CALIFORNIA OAKS RD
TEMECULA, CA 92592                      SUITE 2A
                                        MURRIETA, CA 92562-9773

------------------------Cut Here & Return Above Portion With Payment ------------------------------

| DATE | DESCRIPTION | CHARGES | PAYMENTS/ ADJUSTMENTS | BALANCE |
|------|-------------|---------|------------------------|---------|
| 11-14-18 | PATIENT COPAY AT OFFICE VISIT - CASH | | $45.00 | $150.00 |
| 11-28-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $30.00 | $120.00 |
| 11-28-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $120.00 | $0.00 |
| | | | | |
| 11-14-18 | 97140 - MANUAL THERAPY TQS 1 REGIONS EACH 15 MINUTES | $65.00 | | $65.00 |
| 11-28-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $65.00 |
| 11-28-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $65.00 | $0.00 |
| 11-28-18 | DID NOT PAY ON THE CHARGE | | | |
| | | | | |
| 11-14-18 | APPL MODALITY 1/ AREAS TRACTION MECHANICAL | $30.00 | | $30.00 |
| 11-28-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $30.00 |
| 11-28-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $30.00 | $0.00 |
| 11-28-18 | DID NOT PAY ON THE CHARGE | | | |
| | | | | |
| 11-21-18 | 97164 RE-EVALUATION | $125.00 | | $125.00 |
| 12-11-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $52.50 | $72.50 |
| 12-11-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $50.00 | $22.50 |
| 03-05-19 | APPLY ACCOUNT CREDIT | | $22.50 | $0.00 |
| | | | | |
| 11-21-18 | 97110 THERAPEUTIC PX 1 AREAS EACH 15 MIN EXERCISES | $130.00 | | $130.00 |
| 12-11-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $130.00 |
| 12-11-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $130.00 | $0.00 |
| 12-11-18 | DID NOT PAY ON THE CHARGE | | | |
| | | | | |
| 11-21-18 | 97140 - MANUAL THERAPY TQS 1 REGIONS EACH 15 MINUTES | $65.00 | | $65.00 |
| 12-11-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $65.00 |
| 12-11-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $65.00 | $0.00 |
| 12-11-18 | DID NOT PAY ON THE CHARGE | | | |
| | | | | |
| 11-21-18 | APPL MODALITY 1/ AREAS TRACTION MECHANICAL | $30.00 | | $30.00 |
| 12-11-18 | PAYMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $0.00 | $30.00 |
| 12-11-18 | ADJUSTMENT BY BLUE CROSS OF CALIFORNIA (CA) | | $30.00 | $0.00 |
| 12-11-18 | DID NOT PAY ON THE CHARGE | | | |

        The above dates of service have been paid by your insurance, they have been
        applied to your calendar year deductible, Coins or visits copay. Please remit
        payment within 15 days of receipt of this bill. If you have any questions please
        contact your Physical Therapy office 951-719-8155. Thank you

| 0 to 30 days old | 31 to 60 days old | 61 to 90 days old | Over 90 days old | PLEASE PAY |
|------------------|-------------------|-------------------|------------------|------------|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



# STIPP LAW FIRM
PERSONAL INJURY | ELDER ABUSE

*__Sent via Fax__*

January 22, 2020

Holly
Keith & Company
P.O. Box 21400
El Cajon, CA 92021
Fax: (619) 444-1740

Re:  **Client**　　: Monica Lacombe
　　 **DOB**　　　: 4/28/1969
　　 **DOI**　　　: 7/22/2018

Dear Custodian of Records:

This firm has been retained by Monica Lacombe, in connection with the injuries sustained from a Premise Liability incident on 7/22/2018.

Please also provide all **billing records from 7/22/2018 through the present** for treatment at the Spine Institute of San Diego.

Enclosed you will find a HIPAA Compliant Authorization for the Release of Health Records. Of course, we will happily reimburse your office for all copying costs.

Please send all available records via email to: jake@stipplawfirm.com; via fax to: (760) 994-0563, or via mail to our Carlsbad office. Please do not hesitate to contact me if you have any questions.

Sincerely,
STIPP LAW FIRM

Jacob L. Stipp, Esq.

**JACOB L. STIPP, ESQ. | JAKE@STIPPLAWFIRM.COM | STIPPLAWFIRM.COM**

CARLSBAD　　　　　　　　　　　　　　　　　TEMECULA
2333 STATE STREET, STE. 205  T: (760) 994-0480　　28693 OLD TOWN FRONT STREET, STE. 300  T: (951) 223-1340
CARLSBAD, CA 92008　　F: (760) 994-0563　　TEMECULA, CA 92590　　F: (760) 994-0563

82

LA JOLLA SPINE INSTITUTE MEDIC

# Patient Ledger

Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| **LACMO000** | **MONICA LACOMBE** | | | | | | | |
| | Last Payment: | -281.25 | On: 12/19/2019 | | | | | |
| 572285 | 5/30/2019 | 11 | | 10411 | 99205 | 1906060000 | RR | 850.00 |
| 572358 | 6/7/2019 | | BLUE CROSS - NATION was bil | 10411 | INSBILLED | 1906060000 | RR | 0.00 |
| 575986 | 5/30/2019 | | LACOMBE, MONICA | 10411 | CCPMT | 1906060000 | RR | -637.50 |
| 575987 | 5/30/2019 | | Adjustment | 10411 | CASHADJ | 1906060000 | RR | -212.50 |
| 599136 | 8/10/2019 | | #0018128971 BLUE CROSS*** | 10411 | PPOPMT | 1906060000 | RR | 0.00 |
| 599137 | 8/10/2019 | | Carrier 1 Deductible -$192.34 | 10411 | DED | 1906060000 | RR | 0.00 |
| 635591 | 12/19/2019 | 11 | | 10411 | 99215 | 2001010000 | RR | 450.00 |
| 635953 | 1/2/2020 | | BLUE CROSS - NATION was bil | 10411 | INSBILLED | 2001010000 | RR | 0.00 |
| 639884 | 12/19/2019 | | LACOMBE, MONICA | 10411 | CCPMT | 2001010000 | RR | -281.25 |
| 639885 | 12/19/2019 | | Adjustment | 10411 | CASHADJ | 2001010000 | RR | -168.75 |
| | | | | | | | **Patient Total** | **$0.00** |

**Medical Records, Billing Records
and/or Radiology Images**



February 5, 2019

Dear Ladies and Gentlemen:

Enclosed is the information you requested from one or more of the following facilities:

- Southwest Healthcare System
- Inland Valley Medical Center
- Rancho Springs Medical Center
- Temecula Valley Hospital

One or more of the following items may be enclosed:

- Medical records printed on paper or as a password protected PDF file on a disc. If you received medical records on a disc, the password was sent to you in a separate letter via First Class U.S. Mail and may be delayed 1 to 2 business days.
- Billing records printed on paper.
- Radiology images on a computer disc. The instructions for viewing the images are on a label on the back of the disc envelope. A password is not needed to view the images.
- A copy of your original request submitted to the facility.
- An invoice for the fees to produce the information you requested. The invoice shows the costs to produce your request, a credit for any deposit you made and any outstanding balance due. If you have an outstanding balance, we appreciate prompt payment to keep your account in good standing.

If you have any questions or would like additional information regarding this request, please contact our staff at (951) 696-6013, option 3 and we would be happy to assist you.

Best regards,
Management Consultants Unlimited
Release of Information on Behalf of
      Southwest Healthcare System
      Inland Valley Medical Center
      Rancho Springs Medical Center
      Temecula Valley Hospital
Telephone: (951) 696-6013, option 3
Fax: (951) 600-4363

**Confidentiality/Privacy Notice**
The information contained in this communication is **PRIVILEGED** and **CONFIDENTIAL** intended **ONLY** for the use of the intended recipient. If the reader of this information is not the intended recipient, or employee or agent responsible for the delivery of this information to the intended recipient, you are hereby notified that this is not a waiver of privilege and any dissemination, distribution or copying of this information is strictly **PROHIBITED**. If you have received this information in error, please immediately notify the sender by telephone to arrange for return or destruction of the document(s).

The documents accompanying this communication contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.



## STIPP LAW FIRM
PERSONAL INJURY | ELDER ABUSE

***Sent via U.S. Mail***

January 22, 2019

Temecula Valley Hospital
Release of Information
25500 Medical Center Drive
Temecula, Ca 92562

Re:   **Client**       : Monica Lacombe
      **DOB**        : 4/28/1969
      **DOI**        : 7/22/2018

Dear Custodian of Records:

This firm has been retained by Monica Lacombe, in connection with the injuries sustained from a MVA on 7/22/2018.

Please provide copies of all **billing records** relating to any and all treatment of our client Monica Lacombe **beginning July 22, 2018 through present.**

Enclosed you will find a HIPAA Compliant Authorization for the Release of Health Records. Of course, we will happily reimburse your office for all copying costs.

Please send all available records via email to: jake@stipplawfirm.com; via fax to: (760) 994-0563, or via mail. Please do not hesitate to contact me if you have any questions.

Sincerely,

**STIPP LAW FIRM**

Jacob L. Stipp, Esq.

**JACOB L. STIPP, ESQ.** | JAKE@STIPPLAWFIRM.COM | STIPPLAWFIRM.COM

**CARLSBAD**
2333 STATE STREET, STE. 205    T: (760) 994-0480
CARLSBAD, CA 92008             F: (760) 994-0563

**TEMECULA**
28693 OLD TOWN FRONT STREET, STE. 300   T: (951) 223-1340
TEMECULA, CA 92590                      F: (760) 994-0563

073018

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 TEMECULA VALLEY HOSPITAL, | TEMECULA VALLEY HOSPITAL, | 3a PAT. CNTL # | | | 4 TYPE OF BILL | |
| 31700 TEMECULA PARKWAY | P.O. BOX 740220 | b MED. REC # | | | 0131 | |
| TEMECULA     CA 925925896 | LOS ANGELES     CA 90074 | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM    THROUGH | 7 | | |
| 8553398840 | | | 072218  072218 | | | |

| 8 PATIENT NAME | a | 9 PATIENT ADDRESS | a 44676 SPRINGVAIL CT | | |
|---|---|---|---|---|---|
| b LACOMBE ,MONICA | | b TEMECULA | | c CA 925921865 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | CONDITION CODES 21 22 23 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04281969 | F | | 1 | 1 | 1 | | 01 | | | | | | | | | | |

| 31 CODE | OCCURRENCE DATE | 32 CODE | OCCURRENCE DATE | 33 CODE | OCCURRENCE DATE | 34 CODE | OCCURRENCE DATE | 35 CODE | OCCURRENCE SPAN FROM    THROUGH | 36 CODE | OCCURRENCE SPAN FROM    THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 072218 | | | | | | | | | | | I17 |

| 38 MONICA LACOMBE | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|
| 44676 SPRINGVAIL CT | | a 45 | 1700 | | | | |
| TEMECULA CA 925921865 | | b | | | | | |
| | | c | | | | | |
| | | d | | | | | |

| 42 REV. CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 320 | DX X-RAY | 73110RT | 072218 | 1 | 538 00 | | |
| 320 | DX X-RAY | 73562LT | 072218 | 1 | 674 00 | | |
| 320 | DX X-RAY | 73610LT | 072218 | 1 | 698 00 | | |
| 450 | EMERG ROOM | 99284 | 072218 | 1 | 2089 00 | | |

| 0001 | PAGE 001 OF 001 | | CREATION DATE 073018 | TOTALS → | 3999 00 | |
|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1679816201 |
|---|---|---|---|---|---|---|
| BC PRUDENT BUYE | | Y | Y | | | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| LACOMBE,EDWARD | 01 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| | | INDEPENDENCE SPORTF |

| 66 DX | S63501A | S8392XA | S93402A | F17200 | Z7982 | | 68 |
|---|---|---|---|---|---|---|---|

| 69 ADMIT DX | M542 | 70 PATIENT REASON DX | M542 | | | 71 PPS CODE | 72 ECI | W010XXA | Y9301 | Y92512 | 73 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 74 | PRINCIPAL PROCEDURE CODE    DATE | a. | OTHER PROCEDURE CODE    DATE | | OTHER PROCEDURE CODE    DATE | 75 | 76 ATTENDING | NPI 1932499829 | QUAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | LAST HADLEY | | FIRST BRETT |
| c. | OTHER PROCEDURE CODE    DATE | d. | OTHER PROCEDURE CODE    DATE | e. | OTHER PROCEDURE CODE    DATE | | 77 OPERATING | NPI | QUAL |
| | | | | | | | LAST | | FIRST |
| 80 REMARKS | BC PRUDENT BUYER | 81 CC a | B3 282N00000X | | | | 78 OTHER | NPI | QUAL |
| | PO BOX 60007 | b | | | | | LAST | | FIRST |
| | LOS ANGELES CA 9006 | c | | | | | 79 OTHER | NPI | QUAL |
| | | d | | | | | LAST | | FIRST |

UB-04 CMS-1450     APPROVED OMB NO. 0938-0997     NUBC™ National Uniform Billing Committee  LIC9213257     THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

Page 1 of 1

```
--------------------------------------------------------------------------
TEMECULA VALLEY HOSPITAL          PHONE 855-339-8840        PG#    1
P.O. BOX 740220                   TID# █████████            DATE: 01/28/19
LOS ANGELES      CA   90074-0220  FC:  P       PT:  T       ACCT TYPE: O
--------------------------------------------------------------------------
PATIENT NAME: LACOMBE ,MONICA          PATIENT NUMBER:     █████████
ADMIT DATE:  07/22/18  DISCHARGE DATE:          BIRTH DATE:  04/28/1969
--------------------------------------------------------------------------
GUAR: LACOMBE            MONICA     ACCOUNT BALANCE:      1588.00
INFO  44676 SPRINGVAIL CT          ---------------------------------
                                   PATIENT BALANCE:       1588.00
      TEMECULA             CA  925921865 |
--------------------------------------------------------------------------
DATE DESC/QTY      SVC CD INS1: I17   INS2:      INS3:       PATIENT
                   BAL: |       .00                          1588.00
--------------------------------------------------------------------------
072218    1 32    XR WRIST 53217303     538.00     0.00     0.00     0.00
072218    1 32    XR KNEE  53219051     674.00     0.00     0.00     0.00
072218    1 32    XR ANKLE 53219754     698.00     0.00     0.00     0.00
072218    1 45    3MLEVEL  43022409    2089.00     0.00     0.00     0.00
072218    1 45    ER STATI 43034958       0.00     0.00     0.00     0.00
072218   -1  0    UPFRONT  99800096       0.00     0.00     0.00   -17.00
073018    1  1    BLUE CRO 82001199   -2699.32     0.00     0.00     0.00
073118    1  1    BLUE CRO 82001199     305.32     0.00     0.00     0.00
080718   -1  1    BLUE CRO 99917098       0.00     0.00     0.00     0.00
```

```
--------------------------------------------------------------------------
 TEMECULA VALLEY HOSPITAL          PHONE 855-339-8840      SUMMARY PAGE:#    1
 P.O. BOX 740220                   TID# ██████████            DATE: 01/28/19
 LOS ANGELES      CA   90074-0220  FC:            PT:       ACCT TYPE: O
--------------------------------------------------------------------------
 PATIENT NAME: LACOMBE ,MONICA          PATIENT NUMBER:      72077662
 ADMIT DATE:  07/22/18  DISCHARGE DATE:          BIRTH DATE:  04/28/1969
--------------------------------------------------------------------------
 GUAR: LACOMBE              MONICA      | ACCOUNT BALANCE:      1588.00
 INFO  44676 SPRINGVAIL CT             | ------------------------------
                                       | PATIENT BALANCE:      1588.00
       TEMECULA             CA  925921865 |
--------------------------------------------------------------------------
 TOTAL CHARGES:      3999.00  INS1: I17       .00  INS2:
                             INS3:                  INS4:
 ----------------------------TOTAL AMT:------INSURANCE:---------PATIENT:---
      1      PAYMENTS           -17.00             0.00           -17.00
      2      ADJUSTMENTS      -2394.00         -3999.00          1605.00
      3      RADIOLOGY         1910.00          1910.00             0.00
      4      EMERGENCY ROOM    2089.00          2089.00             0.00
```

--------------------------------------------------------------------------

# EXHIBIT F

# EXHIBIT F

| | |
|---|---|
| **From:** | Monica La Combe |
| **To:** | Jacob Stipp |
| **Subject:** | Fwd: |
| **Date:** | Tuesday, January 14, 2020 3:19:08 PM |

Cost of care estimate
Hip Hop Snob | Yoga Enthusiast | My kid's mom

---

**From:** Cameal Johnson <cameal@siosd.com>
**Sent:** Tuesday, January 14, 2020 2:54:34 PM
**To:** monica.lacombe@live.com <monica.lacombe@live.com>
**Subject:**

Hello,

I was able to contact your insurance today for your surgical out of network benefits. Per your insurance you have not met anything towards your $3400.00 out of network deductible so you would be responsible for 100% for surgery at this time.

Artificial disc replacement  C6-7 estimate $2,142.07
Anterior cervical discectomy and fusion C6-7 estimate $3,467.04

Please note this is only and estimate and does not include hospital or anesthesia services.
Thanks

*CJ Johnson*

Surgery Scheduler for:
Ramin Raiszadeh, MD
6719 Alvarado Road, Ste. 308
San Diego, CA 92120
619.265.7912 x3 Main
619.229.5396 Direct
619.265.7922 Fax

SIOSD HIPAA CONFIDENTIALITY NOTICE: The Spine Institute of San Diego is the nation's leading center for minimally invasive treatment of spinal disorders. This email transmission and/or its attachments may contain confidential health information, intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing it to any other party unless required to do so by law and is required to delete/destroy the information after its stated need has been fulfilled. If you are not the intended recipient, any disclosure, copying, distribution or action taken in reliance on the contents of this email transmission is prohibited. If you have received this information in error, please notify the sender immediately and delete this information. We appreciate your efforts in helping us protect our patient's confidential information. DISCLAIMER: We are here to help with your medical condition. However, any medical advice dispensed in this e-mail is not an official medical opinion because we have not performed an in-person history and examination. If you need specific medical advice, please make an office appointment or in case of an emergency please call 911.

SIOSD HIPAA CONFIDENTIALITY NOTICE: The Spine Institute of San Diego is the nation's leading center for minimally invasive treatment of spinal disorders. This email transmission and/or its attachments may contain confidential health information, intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing it to any other party unless required to do so by law and is required to delete/destroy the information after its stated need has been fulfilled. If you are not the intended recipient, any disclosure, copying, distribution or action taken in reliance on the contents of this email transmission is prohibited. If you have received this information in error, please notify the sender immediately and delete this information. We appreciate your efforts in helping us protect our patient's confidential information. DISCLAIMER: We are here to help with your medical condition. However, any medical advice dispensed in this e-mail is not an official medical opinion because we have not performed an in-person history and examination. If you need specific medical advice, please make an office appointment or in case of an emergency please call 911.